**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:25-cr-00366-CH-1 |
| | ) | |
| Plaintiff, | ) | Courtroom 5A |
| | ) | U.S. Courthouse |
| v. | ) | 601 Market Street |
| | ) | Philadelphia, PA 19106 |
| DARYL F. HELLER, | ) | |
| | ) | September 4, 2025 |
| Defendant. | ) | 2:30 p.m. |

TRANSCRIPT OF INITIAL APPEARANCE/ARRAIGNMENT
PRETRIAL CONFERENCE
BEFORE HONORABLE CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:          U.S. Attorney's Office
                            By:  FRANCIS A. WEBER, ESQ.
                                 JOHN ANDREW JENEMANN, ESQ.
                            615 Chestnut Street
                            Suite 1250
                            Philadelphia, PA 19106-4476

For the Defendant:          McCarter & English
                            By:  DANIELLA GORDON, ESQ.
                            1600 Market Street, Suite 3900
                            Philadelphia, PA 19103

                            McCarter & English
                            CHRISTOPHER D. ADAMS
                            Four Gateway Center
                            100 Mulberry Street
                            Newark, NJ 07102

Deputy Clerk:               E. Andrews

ESR Operator:               Carl Hauger

TRANSCRIPTION SERVICE:      TRANSCRIPTS PLUS, INC.
                            435 Riverview Circle
                            New Hope, Pennsylvania 18938
                            215-862-1115
                            CourtTranscripts@aol.com

 Proceedings recorded by electronic sound recording, transcript
             Produced by transcription service.

2

### <u>INDEX</u>

<u>PAGE</u>

Pro hac vice of Christopher Adams
accepted by the Court                                5

Reading of Indictment Waived                         5

Arraignment of the Defendant                         5

Not Guilty Plea entered by the Defendant             5

Colloquy regarding bail                              6

THE COURT: United States versus Daryl Heller. Are there anymore --

THE CLERK: No, that's it, Judge.

THE COURT: All right.

MS. MILLS: Your Honor --

THE COURT: Thank you very much, Ms. Donahue, that's --

THE INTERPRETER: So, I guess --

THE COURT: I don't think he --

THE INTERPRETER: Need an interpreter?

THE COURT: -- needs an interpreter.

(The Court addressing unrelated matter with AUSA Mills)

THE COURT: Yeah, I see an extra person at the table. What's going on?

MS. GORDON: Good afternoon, Your Honor. Daniella Gordon from the McCarter & English --

THE COURT: Is he an interpreter?

MS. GORDON: No, he's not. He is my co-counsel. He is here with a pending pro hac vice motion that was filed today with Your Honor. I did want to address that, hopefully, before we proceeded.

THE COURT: Right. Honestly, I don't have that before me yet.

MS. GORDON: Okay. Okay. It was -- it was filed on the docket today. We learned of the indictment yesterday. Mr.

4

Adams was admitted.  There was a prior hearing in this case before the indictment on a conflict issue before Judge Hodge, that was on July 1st, and he was admitted at that time.

But I just wanted to introduce Mr. Adams.  And he has, I will say, the most intimate and longstanding relationship with Mr. Heller.  And I understand that this is going to be a contested proceeding, and so we would ask for Mr. Adams's permission to participate and make argument in that hearing, as well.

THE COURT:  All right.  Well, let me -- be seated.

MR. ADAMS:  Thank you, Your Honor.

THE COURT:  Let me start by saying what I said.  This is your initial appearance before the Court.  One of the purposes of this appearance is so I can tell you why you're here.  It's alleged that you've committed securities fraud and wire fraud.

You have a right to remain silent, as you know, and I see you have retained Ms. Danielle [sic] Gordon to represent you.  What is Mr. Adams' first name?

MS. GORDON:  Christopher Adams.

THE COURT:  Christopher.  I see you also have a co-attorney, Mr. Christopher Adams.  I was told he was admitted to this Court in July by Judge Hodge.  What would you like to say about his integrity?

MS. GORDON:  Nothing but great things, Your Honor.

5

I've worked with Mr. Adams for quite a long time.  He was the former President of the Association of Criminal Defense Lawyers in New Jersey.  I've since had the opportunity to work closely with him on a number of matters.  I hold him in the highest regard ethically and professionally.

THE COURT:  I will accept your pro hac vice motion.  It will come to me in paper form, and then I will formally address it.

MS. GORDON:  Thank you, Your Honor.

MR. ADAMS:  Thank you, Your Honor.

THE COURT:  You're welcome.

We had two things listed for today; the first should be fairly simple.  Arraignment.  Is your client ready to be arraigned?

MS. GORDON:  He is, Your Honor.  We would waive a reading of the indictment and enter a plea of not guilty.

THE COURT:  Please stand and be arraigned.

THE CLERK:  Mr. Heller, you've been charged in this Criminal Indictment Number 25-366, Defendant Number 1.  In Count 1 with securities fraud; and in Counts 2 through 5 with wire fraud.

What say you, guilty or not guilty?

MR. HELLER:  I plead not guilty.

THE CLERK:  Thank you.

THE COURT:  Okay.  You may be seated.

We now move on to what I presume will be contested, which is bail.

MR. WEBER:  Yes, Your Honor.  Frances Weber for the Government.  I'm joined by Andrew Jenemann, who is my co-counsel.

MR. JENEMANN:  Good afternoon, Your Honor.

THE COURT:  Good afternoon.

MR. WEBER:  We are requesting time to file a pretrial detention motion in this case.

I have discussed the matter with Mr. Adams and Ms. Gordon.  And I believe, by consent of all of us, we can come back before the Court tomorrow to have that full hearing.

THE COURT:  That was going to be my next question.  When would you like to hold that hearing?  So I can certainly do this at 1:30 tomorrow.

MR. ADAMS:  Yes.  Yes, Your Honor.

THE COURT:  So you'll held till 1:30 tomorrow.

MS. GORDON:  Perfect.

THE COURT:  At that time, if you have anything, whether it be property to post -- I see that previously, half a million dollar bond was placed on you before -- yes?

MR. WEBER:  Those are the recommended conditions of the Pretrial Services officer.

THE COURT:  Okay.

MR. WEBER:  Obviously, we haven't had the detention

7

hearing, so no formal conditions have been imposed.

THE COURT:  But it was to be an unsecured bond.  If you have property or something by which to secure the bond, that can be helpful, as well.  Right now, it looks like fairly standard release conditions.

MR. WEBER:  Yes.  And, Your Honor, I can -- as the pretrial report noted, the Pretrial Services officer did not inquire too deeply into Mr. Heller's finances, given the charges in this case and his representation by counsel.

In my motion that I anticipate filing, I can provide -- I'll be providing a lot more information about his financial position and why, in the Government's view, that renders him a flight risk.

THE COURT:  All right.  I'll hear it tomorrow.  Get the paperwork to me ahead if it's very extensive.  All right?

MR. WEBER:  Yes, we'll get that to you no later than the morning, Your Honor.

THE COURT:  All right; thank you.

MR. WEBER:  Thank you.

THE COURT:  That concludes --

MR. WEBER:  And I believe Mr. Adams wanted to be heard on an issue.

MR. ADAMS:  I did, Your Honor.  There was an issue regarding our submissions, and both the Government and defense were going to ask if we could just address it at the sidebar,

8

given the nature of the facts underling it.

(Whereupon, sidebar commenced at 2:37:12 p.m. under seal, concluding at 2:48:13 p.m., and has not been transcribed.)

THE COURT:  That sidebar will remain under seal.

I will see the parties in the courtroom tomorrow.  We start at 1:30 p.m.

MR. ADAMS:  And thank you, Your Honor, for admitting me --

MS. GORDON:  Thank you.

MS. GORDON:  Thank you.

THE COURT:  If you have any paperwork for me, I'll be in chambers.  You could submit certain things through the box, etc.

MR. WEBER:  Thank you.

MS. GORDON:  Thank you, Your Honor.  Thank you.

THE COURT:  All right; thank you.

(Whereupon, at 2:48 p.m., the hearing was adjourned.)

CERTIFICATE OF TRANSCRIBER

I, KAREN HARTMANN, a certified Electronic Court Transcriber, certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

/s/ *Karen Hartmann*

Karen Hartmann, AAERT CET 475  Date: October 23, 2025

TRANSCRIPTS PLUS, INC.