UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 5:25-cr-00366-CH-1 |
| | : | |
| Plaintiff, | : | |
| v. | : | Philadelphia, Pennsylvania |
| | : | September 5, 2025 |
| DARYL F. HELLER, | : | 4:12 p.m. |
| | : | |
| Defendant. | : | |

. . . . . . . . . . . .

TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:              Francis A. Weber, Esquire
                               John Andrew Jenemann, Esquire
                               U.S. Attorney's Office
                               615 Chestnut Street
                               Philadelphia, PA 19106


For the Defendant:             Christopher D. Adams, Esquire
                               McCarter & English
                               Four Gateway Center
                               100 Mulberry Street
                               Newark, NJ 07102
                               *Pro Hac Vice*

                               Daniella Gordon, Esquire
                               McCarter & English
                               1600 Market Street, Suite 3900
                               Philadelphia, PA 19103

                               Sari B. Placona, Esquire
                               McManimon Scotland & Baumann
                               75 Livingston Avenue
                               Roseland, NJ 07068


ESR:                           Carl Hauger

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

Transcription Service:        O'Connor Legal, Medical & Media
                              Services, Inc.
                              501 Gloucester Street, Suite 122
                              Brunswick, GA 31520

Proceedings recorded by electronic sound recording; transcript
       produced by transcription service.

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
                    (912) 567-3889
                 www.oconnorlmms.com

INDEX

|  | PAGE |
| --- | --- |
| ARGUMENT FOR THE PLAINTIFF | 6 |
| RESPONSE FOR THE DEFENDANT HELLER | 16 |
| REPLY FOR THE PLAINTIFF | 25 |
| FINDINGS OF FACT AND CONCLUSIONS OF LAW | 29 |

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

(Call to Order of the Court)

THE COURT:   United States v. Daryl Heller; I thought I wanted to do this last.  Can I do some of the fast ones first?  Are there any fast ones?

THE CLERK:   Yeah, actually -

LINDSEY MILLS:   Your Honor, I believe that I -- concludes my business.  May I be excused.

(Asides)

THE COURT:   Your name?

CHRISTOPHER ADAMS:   Christopher Adams, Your Honor.

THE COURT:   Okay.

MR. ADAMS:   Good to see you again; thank you for allowing me to appear pro hac.

THE COURT:   I was looking for Daniella.

MR. ADAMS:   Daniella Gordon is -

DANIELLA GORDON:   Hello, Your Honor.

MR. ADAMS:   - here, as well, Your Honor.

THE COURT:   You all switched.

MS. GORDON:   Daniella Gordon.

THE COURT:   You switched -

MR. ADAMS:   Musical chairs -

THE COURT:   - places today; yes.

MS. GORDON:   Right.

THE COURT:   All right.  This is listed for a pretrial detention hearing.

FRANCIS WEBER:   It is, Your Honor.

THE COURT:   Is it a presumption case?

MR. WEBER:   It is not, Your Honor.

THE COURT:   Okay.

MR. WEBER:   Just one bit of housekeeping, Your Honor -

THE COURT:   Yes.

MR. WEBER:   - Assistant United States Attorney Jenemann and I were present in the courtroom yesterday when you read the Brady warning.

THE COURT:   Yes.

MR. WEBER:   However, I do not think we acknowledged, when we were up here for this case.  So, we acknowledge the warning.  And we will comply with it.

THE COURT:   All right.  Just so you understand, as you heard me say for everybody, if the Government has information that will help you prove you are innocent of the charges, they have to give it to your Attorneys.

THE DEFENDANT:   Okay.  Thank you.

THE COURT:   Um-hmm.

MR. WEBER:   And Your Honor, have you received the Motions that we filed in this case?

THE COURT:   I have received a lot of paperwork on this case.  Which one do you want to refer to first?

MR. WEBER:   I just wanted to make sure that the

Court has had the chance to review them.  I know we're at the end of a marathon Magistrate's duty calendar.  So I -

THE COURT:   I know that the firearms were removed from his possession.

MR. WEBER:   I filed two Motions this morning at about 10:00 a.m.

THE COURT:   Um-hmm; these?

THE CLERK:   Yes.

THE COURT:   Um-hmm; yes.  Um-hmm; the other side filed objections to your Motion.

MR. WEBER:   Correct.

THE COURT:   So -

MR. WEBER:   So -

THE COURT:   - can you succinctly -- it's after 4:00 -- can you succinctly state why you think that he's a flight risk or a danger to the community?

MR. ADAMS:   May we be seated, Your Honor?

THE COURT:   You may.

MR. WEBER:   Absolutely, Your Honor.

MR. ADAMS:   Thank you.

THE COURT:   Maybe people would proceed more quickly if they were standing.

ARGUMENT FOR THE PLAINTIFF

MR. WEBER:   Absolutely, Your Honor; I was going to say we're at the end of this marathon session.  And you've read

the papers.  I'm just going to -

THE COURT:   Um-hmm.

MR. WEBER:   - hit the high points.  Mr. Heller is charged in an Indictment -

THE COURT:   Um-hmm.

MR. WEBER:   - that alleges him with running a seven-year-long securities and wire fraud scheme that involved approximately 2700 Investor victims.  Many of those victims were from the Lancaster County -

THE COURT:   You say 700 or 2700?

MR. WEBER:   Twenty-seven hundred.

THE COURT:   Yeah.

MR. WEBER:   I'm slightly dyslexic with numbers sometimes.  It's possible I said 700.

THE COURT:   No, I'm listening.

MR. WEBER:   Okay.  I meant 2700.

THE COURT:   Um-hmm.

MR. WEBER:   Many of those victims were from the Lancaster County area where Mr. Heller resides.  Those victims invested a total of approximately $770 million under materially false pretenses, namely that the money was going to be used to buy ATMs.  And the Investors would receive monthly payments coming from the operations of those ATMs.

The Defendant was in charge of the two companies that he used to carry out this scheme.  The first was Prestige

Investment Group, which managed the operations of the LLCs that received the Investor money.

So the job of Prestige was to make representations to the Investors about -- that their money would be used for ATMs and that they'd be paid back, among other things.  Mr. Heller called -- made those representations via Prestige and caused others to do so.  After the Investor money came into Prestige, it was -

THE COURT:    Um-hmm.

MR. WEBER:    - given to the other company that Mr. Heller and controlled, Paramount Management Group, LLC. Paramount Management Group, LLC was supposed to use the Investor money to buy and operate ATMs.

Mr. Heller used his control over both of these companies to get the Investor money.  And once it was in possession of Paramount, to use the money without regard to his representations to the Investors.

So, as alleged in the Indictment, the Defendant caused Paramount to spend a little bit of the money on ATMs. But in large part, the money was used to repay earlier Prestige Investors.

It was used to pay for Mr. Heller's personal expenses, such a house in Sea Isle City, New Jersey, which is the basis of his Bankruptcy Court proceeding.  And I'll talk about that.

And he also used it to pay substantial amount of business debts incurred by Paramount and other companies, all contrary to the representations that he made to Investors. And again, this took place over a seven-year period, approximately, as alleged in the Indictment and involved 2700 Investor victims.

A factor under § 3142(g) is obviously the weight of the evidence. I'm not going to go through everything the Government has.

However, based on my written submissions, I would submit to the Court that we have overwhelming evidence that Mr. Heller committed the charged offenses. We have emails written by him from his email address, where he is providing demonstrably false Reports regarding the number of ATMs that were allegedly purchased with Investor money and also the financial -- how those ATMs were doing financially; grossly overstated the number of ATMs, grossly overstated financially how they were doing.

We have bank records that show clear misappropriation of Investor money. And by that, I mean Investor money comes from the Investor.

It goes to the fund. It goes to Paramount. It's used to pay back earlier Investors. It's all in the bank statements, Your Honor.

And then, as I'm sure you're aware in investment

fraud cases like this, the downfall is when new Investor money stops coming in.  That's when the Defendant is unable to pay back earlier Investors.  That's exactly what happened here, Your Honor.  It's played out in the bank statements, as well.

So, that weight of the evidence, coupled with these other factors, which I'm getting to, show that he is a significant flight risk.  First, Mr. Heller is facing a significant period of incarceration, if he's convicted on this offenses, and serious financial penalties.

As I laid out in my Motion, based on the information that we know right now, if Mr. Heller goes to trial and is convicted on these charges, he's looking at a sentence in the Guidelines range of 20 years -- approximately 20 years.

If he pleads guilty, his sentence is in the 15-year range.  As I pointed out in my Motion, the Government is still investigating several Guidelines issues, such as the extent to which the Defendant's actions caused substantial financial harm to victims.

That would greatly increase the Guidelines, even above these significant Guidelines that I just told the Court about.  So he has a serious incentive to flee.  He's looking at a sentence of 15 years, even if he accepts responsibility promptly and plead guilty.

Second, Your Honor -- and I'm going to go back to the Bankruptcy Court case -- he has the means to flee.  In August

-- excuse me -- February of this year, Mr. Heller filed bankruptcy in New Jersey.

He listed assets valued at $100,000,001 to $500 million, all in assets, Your Honor, and liabilities in that same range.  As we sit here right now, Mr. Heller is still in control of all of his assets.

There's a Chapter 11 bankruptcy case.  And he is what's called the Debtor in possession.  That means he's in bankruptcy.  He's the Debtor.  He still controls everything. Fast-forward to August 1st of 2025, in a Chapter 11 case, as you know, Your Honor, you need to file a plan which basically proposes how you're going to pay your Creditors.

THE COURT:   Um-hmm.

MR. WEBER:   Well, Mr. Heller did that through his Attorneys.  I'm not going to get into every facet of the plan. However, the plan proposed repaying Creditors with two primary business assets that Mr. Heller is still in control of.

The first is his business holdings in Heller Capital Group, which he's the 99.5-percent owner of.  The plan estimates that Heller Capital Group has assets worth between -- excuse me -- has a fair market value of $15 million to $25 million.

The plan -- and this is critical, Your Honor -- proposes that the Defendant, as the Debtor in possession, will liquidate the business holdings in Heller Capital Group and use

that money to pay Creditors.

So, what does that mean?  That means that Mr. Heller has access to, via his Heller Capital Group holdings, assets worth $15 million to $25 million.  With a couple of clicks of a mouse, Your Honor, he could use that money to flee instead of paying his Creditors.

Similarly, there is a company called Heller Investment Holdings, LLC, which he represents he's the 85-percent owner of.  By the way, all these facts come from filings made by the Defendant's Bankruptcy Counsel.

Heller Investment Holdings has a market value of $15 million to $25 million.  And the plan there, like with Heller Capital Group, is for the Defendant, as the Debtor in possession, to be responsible for selling off those assets so he can pay back his Creditors.

The plan estimates that the assets could increase in value to $35 million to $50 million.  Again, this is millions and millions, and millions of dollars that Mr. Heller controls.

With a couple clicks of the mouse, he could easily, easily say, I'm not going to pay my Creditors.  I'm looking at a ton of time here from this case.  I'm going to reroute it to other places.

Finally, Your Honor -- and this is getting towards the end of my Motion -- a review of Mr. Heller's conduct over the past year shows that he is not capable of complying with

any conditions the Court may impose.

Specifically I'm talking about his obstruction of this investigation.  I'm talking about his providing false testimony in a civil case in Lancaster County Court of Common Pleas.  And I'm talking about his disregard of Court Orders in that same Lancaster County case.

So, starting first with the obstruction-related conduct:  on December 5th of 2024, as Your Honor knows, the FBI had Warrants to search the Defendant's house, to search his phone, to search his business addresses.

Well, they go to the Defendant's house.  They knock and announce their presence.  Mr. Heller sees the Agents but doesn't come out until 18 minutes later.

Turning to page 7 of my Motion, Your Honor, when the Agents entered Mr. Heller's home office, they found what appears to be a computer sitting on his desk, as if it worked in use.  So the Agents were thinking, well, we got his computer.  This is great.  It's covered by the Warrant.

Subsequent analysis of that computer, Your Honor, shows that it had not been logged into since March of 2024, eight months before the Search Warrant.  Now, Investigators went back and determined that the Defendant had another computer at this time period.  They were able to even get the serial number of that computer.  When the Investigators arrested Mr. Heller on September 3rd of this year, they found

that same laptop in his office.

Based on that, Your Honor, it's our position that Mr. Heller saw the FBI Agents and he hit that laptop. Why exactly he hid it, we're going to need to search the computer and find out. But, again, we show -- that, for us, shows obstructive conduct, efforts to impede the investigation, and something similar he could do if he's released.

I'm going to move it along, Your Honor. But, as I detailed in my Memorandum, he was testifying in a courtroom like this in Lancaster County on August 26th of 2024.

Under oath, he testified that Paramount had between 25,000 and 30,000 ATMs and that most of these were owned by the Investors who are identified as victims in the Indictment. He also said that those ATMs were by and large operating normally.

Authentic Paramount records show that these statements were demonstrably false. In August 2024, Paramount's I network had approximately 16,900 ATMs. And approximately 6700 of those were owned by other people and could not have been sold to Investors. So the real number is, at most, 10,000. His ability or willingness to give false testimony, we believe, shows why there's no conditions that would ensure he does not flee.

Finally, I'll turn to the allegations of the Indictment regarding the November 21st, 2024 Order in the Lancaster County civil case. In that Order, the Defendant was

-- excuse me -- Paramount was ordered to provide to Plaintiff's Counsel for the Investors a complete inventory of the ATMs that they allegedly owned.  And he was also -- excuse me -- Paramount was also ordered to provide the information necessary to operate those ATMs.

Mr. Heller subverted that Order in at least two ways. First, on that same day, he caused Paramount to sell ATMs that had been sold to the Investors, allegedly.  And he used that money to pay a Credit of Paramount.  He didn't give that money to the Investors.

So, harkening back to where we are with where things stand in the bankruptcy, Mr. Heller could very well do the same thing.  He's got assets that belong to his Creditors, or the Investors.  He could easily use that money to spend it however he wanted to, which is what he did in -- on November 21st of 2024.

And finally, with respect to the list of ATMs that he was required to turn over, he compiled that list personally, or with the help of people who he directed.  He was told the list of 28,000 ATMs was grossly overstated, when compared to Paramount records.

Despite being confronted with that fact, he provided it and passed it along as if it were an authentic document. This shows the level to which the Defendant has no regard for Court Orders and would be unwilling and unable to comply with

any that Your Honor imposed.

For those reasons, we believe he is a flight risk and should be detained pending trial.  Thank you.

RESPONSE FOR THE DEFENDANT HELLER

MR. ADAMS:   Thank you, Your Honor.  I know it's late in the day, Your Honor.  But I hope you'll indulge me because much of what the Government just suggested is belied by the facts.

I won't repeat what was included in my Objections Letter that I set to the Court this morning and the Supplemental.  But, Mr. Heller has no access to the assets that the Government described.

I have provided a copy of the Order from Judge Poslusny, United States Bankruptcy Court Judge, that identifies the specific entities that the Government suggests, that Mr. Heller voluntarily entered into by consent to restrain them; not only himself, his children, and his wife.

But that's not the question before the Court.  The question before the Court is:  is the reasoned recommendation of Pretrial Services the least-restrictive means necessary to ensure compliance; to prevent flight; and to make sure he's not a danger in the community?  And I would suggest it is, Your Honor.

Number 1, the nature and circumstances of the offense:  that is what the Government's arguing, that the

nature and circumstances of the offense, alone, is something that should cause this Court to detain Mr. Heller until trial.

But that's not what the law says, Your Honor.  If Congress intended that the amount of loss that somebody's subject to is a reason for a presumptive detention, they would have said so.  The fact that they didn't is them speaking to that issue.

This is a nonviolent offense.  This is -- doesn't involve guns; doesn't involve drugs; doesn't involve minors' and doesn't involve terrorism.  That's the first step of the question.

But more importantly, this is a wire fraud and securities fraud case.  So, as the Government admitted in their papers, Factor 1 and 4 inure to his benefit and go against detention.  But that's the total calculus that the Court has to do, not just one factor.

Danger to the community:  like we said, Your Honor, the Government has already stipulated in its papers that it does not inure towards detention.  It actually goes the opposite way for release.

Pretrial Services has suggested that Mr. Heller surrender his Passport.  Mr. Heller's wife traveled three hours last night to bring me his Passport.  We have it prepared to surrender.

Pretrial Services suggested that the firearms that

Mr. Heller legally owns be surrendered. We had a Federal Firearms Licensee take custody of those firearms this morning with the assistance of his wife.

We've provided a Certification from that Federal Firearms Licensee, as well as the attachment of the A&D Records, the Acquisition and Disposition records, that he has taken them.

They are in his possession right now and will not release them until further Order of the Court. That satisfies that issue, in terms of danger to the community.

Mr. Heller is 55 years old, has never been arrested, no prior criminal conviction, nothing. He and his family have been anchored in the Lancaster County, from his parents through him, his wife, his children, his two siblings. He's one of three.

He has an unblemished record, Your Honor. There's no substance abuse. There's no substance abuse treatment. There has never been a failure to appear in court.

The Government is taking great strides at saying this is obstructionist behavior. He's charged with securities fraud. He's charged with wire fraud.

The fact that he had made misrepresentations in the allegations that he's alleged to have been made misrepresentations is not something that goes to flight. It's not something that goes to danger to the community.

And going back to family ties, Your Honor, he's been married 31 years to his wife; two children.  Both his parents live nearby that he cares for.

Both of his siblings, his older sister and his younger brother, live nearby.  So the substantial familial and local ties to the community inures to his benefit and would suggest release.

Now, as I said before, the Government suggests that the nature of the crime, itself, which involves these allegations of misrepresentation, is sufficient to show the history and characteristics of the offense, and that weigh in favor of Defendant.

But, the fact that the Government includes in its submission actually weighs the opposite way, Your Honor.  It shows who Mr. Heller really is.

The Government's Brief says that Mr. Heller learned of this investigation in October 2024.  Nearly one year ago, he knew.  There was a search at his home.

What did Mr. Heller do?  Did he flee?  No; he hired Counsel to address it.  The I was involved.  He hired Counsel to address it.

He answered and addressed civil suits.  He voluntarily subjected himself, his assets, and his family to the Bankruptcy Court jurisdiction in February of 2025, of this year.  And by doing so, he is required to make -- to give

complete access to all of his assets -- Debtor assets.

He went a step further, Your Honor.  And this is why it's important that we're here.  And I'm fortunate today, because the Government had mentioned what his Bankruptcy Counsel did.  Bankruptcy Counsel's here with us.  Bankruptcy Counsel provided this Order.

What happened is there is concern about non-Debtor assets.  That's the Heller Capital, Heller Investment Group information that the Government suggests that he has access to.  He has no access to it.

There is an Order that's defines the Heller entities to include those things.  It defines the Heller individuals, the ones who are restrained, to be Mr. Heller, his wife, and his children.  And what it says very clearly in paragraph C -- and I'm reading from Case 25-11354, Document 119 on ECF:

"The Heller entities and Heller individuals shall not transfer, sell, or incumber any asset without prior approval of the Court.  Transfer, as utilized in this paragraph, does not include ordinary course payments for expenses, as set forth in the budget."

What that means, Your Honor, is that every month and bimonthly, as Mr. Heller and his Lawyers are submitting information and submitting Reports, all of that information is being shared with the Court.  So there's a Court Order restraining him.

When Mr. Heller knew, as of July 1st of this year, two months ago, when I met with the Government and the Government told me that it is a matter of when not if he's being charged -- that's a quote.  It's a matter of weeks, not month that he's being indicted.

Did he run?  Did he dissipate assets?  Did he try to do something to flee?  No, he continued to engage.  We've met.  We've shared information.

That is the history and characteristics of this Defendant.  That's the person who is here to defend those charges.

The issue of the laptop, this is an interesting issue, Your Honor.  The FBI searches a location in October of 2024.  They search for devices.  They take what they see.

The day of his arrest, 48 hours ago, I received a call from the Government at 11:00 in the morning, shortly thereafter.  Mr. Heller had been arrested.

Said there's a laptop at his house, can he consent to them taking it?  We will have a Search Warrant anyway.  But we want to avoid it.

They put me on the phone with Mr. Heller, while he's being transported by Agents.  He said, of course, let them go in.  My wife's there.  Take it; it's on the desk.

That fact is glaringly absent from the Government's submission.  But what was publicly filed was this picture of

this old laptop, made it to look like it's a prop to suggest that he's going to somehow lie to Your Honor, lie to the Court, lie to the Government.

He's charged with nonviolent offenses.  He has never been so much as arrested.  He has addressed every, every legal obligation in front of him, not avoided it.

Gone on the offensive:  we didn't sit and wait for an Indictment to show up.  We actively engaged, tried to have a dialog, addressed questions, tried to present information.

That's not the actions of somebody who is a flight risk.  That's certainly not somebody -- the actions of somebody who's a danger to the community; nor is it the actions of somebody who has history and characteristics that are inconsistent with somebody that should be treated the way Pretrial Services suggested he be treated.

Bottom line, Your Honor, is there is a host of less restrictive means available to Your Honor's discretion that could be imposed on Mr. Heller.  And I've suggested we've removed the firearms.

If the Court is -- if the Government is concerned, he can have a location monitor.  Those are the types of conditions that are routinely imposed on somebody that is charged with securities fraud and wire fraud, much less somebody who has never, ever been inside the criminal courtroom or so much as charged.

Your Honor, that request for detention, respectfully, is, in my humble view, gross overreach, as this should not be considered a detention case.  It's not a presumptive detention case.  And the four factors weight heavily in Mr. Heller's favor.

I recognize, Your Honor, that it is -- the hour's late.  But I did have Bankruptcy Counsel here for the express purpose to answer any questions the Court has about this Order and what it means, and whether or not, as the Government suggests, Mr. Heller can click a few mouse clicks and send money, and vanish, because that's not just a hypothetical horrible.  That's an impossibility.

And if Your Honor so requires, she's not admitted in the Bar in Eastern District of Pennsylvania.  But Sari Placona is a Partner at McManimon and Scotland.

She's handled the filings.  She negotiated the Order. I'd respectfully suggest the Order speaks for itself and is what it is, that it does restrain the conduct and belies the suggestion that the Government makes.

But she's available for the Court.  I had intended to call her as a witness.  But it's -- really, I ask the Court if it would be beneficial to Your Honor to hear from her.

THE COURT:  No.

MR. ADAMS:  Okay.  Then, I will -

THE COURT:  I have three other people.  I had wanted

to place them ahead of this, because I knew that you would be contesting the bail.

But I had three other individuals.  I may request that you continue -- how long do you think you're going to be?

MR. ADAMS:  I believe I'm -- that was the last thing I wanted to ask, Your Honor.  I believe -

THE COURT:  I -

MR. ADAMS:  - that that concludes -

THE COURT:  - had seen the statement that was negotiated, indicating that the Defendant, his wife, and his children would not be able to do certain things with assets.

MR. ADAMS:  And even in that bankruptcy case, Your Honor, it's interesting because, by doing that -- and this will be my final thought.  And I recognize that, Judge.

But by doing this with this Order, what he's actually saying is I'm going to take non-Debtor assets, things that aren't subject to the Bankruptcy Court.  Allow the Bankruptcy Court to restrain them, so that I can satisfy obligations that may not be able to be satisfied by Debtor assets.

That's not the actions of an individual who doesn't respect a Court Order, who doesn't respect court process, or who should be detained.  This is an individual who should be respectfully, Your Honor, released with conditions.  Thank you.

THE COURT:  All right.  Do you have anything

different to say?

REPLY FOR THE PLAINTIFF

MR. WEBER:   I would just, Your Honor, when Pretrial gave its recommendation, it compiled some financial information.  But then there's -- this a quote.  It says:

"As the charges alleged in this incident matter involve the Defendant's businesses and finances, and as the Defendant retained Defense Counsel, Pretrial Services did not inquire further."

So, I would submit to Your Honor that Pretrial was acting under incomplete information.  It made the determination that, due to the nature of the charges, maybe there was some, I don't know, Fifth Amendment issue with inquiring further.

But, I would submit to the Court that the information in our Motion is what the Court should consider.  Thank you.

THE COURT:   All right.  Having listened to it, I'm listening to the nature of the charges.  They are nonviolent. There is no allegation he's an economic -- potentially an economic danger to the community.

I think that there can be some provisions made to contain that probability.  I'm going to let the Attorneys and the Parties in your case have a few minutes to step outside the courtroom and see whether or not you have some additional factors.

For example, there are times where we restrict

people's access to computers and things that they think may be used to perpetrate a fraud or a situation.  So, I'm going to give you some time to work on that, while I handle these other three cases.  United States -

MR. WEBER:  Thank you, Your Honor.

(Recess at 4:43 p.m., until 5:01 p.m.)

MR. WEBER:  Your Honor, could we be heard on one matter?

THE COURT:  What is that?

MR. WEBER:  Based on our discussion in the hallway, the Defendant has access to the bank accounts of Heller Capital Group and Heller Investment Holdings.  These are the assets that are worth between $30 million and $75 million, depending on the success of the liquidation.  For us to agree to conditions, the Defendant can't be in control of those bank accounts.

THE COURT:  Um-hmm.

MR. WEBER:  And we discussed that with Defense Counsel.  We were unable to come up with a creative solution.

That's the Government's position.  He cannot have access to that money.  It's got -

THE COURT:  So who is -

MR. WEBER:  - to be -

THE COURT:  - going -- so the question is, who's

going to pay the ongoing bills of the corporation?

MR. WEBER:   It's got to be a Third Party.

THE COURT:   So name someone; there is the rub.

MR. WEBER:   But I agree.  I mean -

THE COURT:   If he was sitting -- if he was sitting incarcerated, someone would have to pay those bills.  There's some ongoing expenses of the corporation that need to be paid. We'd need a plan in place to pay them.

MR. WEBER:   Your Honor could order a family member to do that.

THE COURT:   So I don't know that having a family member in control of the assets really solve the problem you're talking about.

MR. WEBER:   You could order a Third Party.

THE COURT:   Let me see whom I know.

MR. WEBER:   I know, Your Honor.  I mean -

THE COURT:   So -

MR. WEBER:   - but from my perspective, Defense Counsel could offer somebody up.  And they haven't.  So it's tough.

MR. ADAMS:   From my perspective, Your Honor, the Bankruptcy Court is managing that.  That's how it's being handled and with, with the approval and consent of the victims here -- the alleged victims, the Creditors.

THE COURT:   Right.

MR. ADAMS:   That's why my suggestion is that the Bankruptcy Court will handle the bankruptcy how the Bankruptcy Court's going to handle it.  And -

THE COURT:   Right.

MR. ADAMS:   - that's what I would respectfully suggest continue.

MR. WEBER:   Here's the -

MR. ADAMS:   The -

MR. WEBER:   - problem with that; if -- did Your Honor have a question for Mr. Adams?

THE COURT:   No, I have -

MR. WEBER:   Okay.

THE COURT:   - a statement.  If he's not clear now, if he uses or dissipates those assets, he's going to have further charges against him.

MR. WEBER:   Here -

THE COURT:   It's -

MR. WEBER:   Here's -

THE COURT:   - 5:00.

MR. WEBER:   I -

THE COURT:   I don't -

MR. WEBER:   - understand.

THE COURT:   - have -- I was not anticipating having to name someone to manage millions of dollars today.  I would love to do it, myself, but, of course, that's a conflict.

MR. WEBER:   Can I explain?

THE COURT:   Let's look at the rest of the release terms; I'm not going to -- first of all, let me start with some of my findings.  You could be seated.

MR. WEBER:   Thank you, Your Honor.

MR. ADAMS:   Thank you, Your Honor.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

THE COURT:   First finding, I find he is not a danger to the community in the sense of physical violence.  I do find there's some economic concerns that need to be managed.

To the extent that he is involved with Bankruptcy Court and a Judge who's monitoring the money and the assets, I find that that can be contained, or limited, or controlled.

I do find there is some flight risk.  However, I think there are terms and conditions, as set here.  People who have money don't like to lose money, if they intend to stay.

He's not from another country.  So I don't know that he would have a particular place where he would have an interest in running to.

He should surrender his Passport and refrain from applying for a Passport, as stated in the recommendations of Pretrial Services.  His travel is restricted to the Eastern District of Pennsylvania, unless he has permission to go out-of-state.

He shall surrender and refrain from having firearms. That agreement has already been worked out.  He shall have no contact with Codefendants, potential witnesses in this case, or individuals engaged in any criminal activity to his knowledge.

He's to report to Pretrial Services.  He'll be released.  Instead of an unsecured bond, if people prefer, we could do a secured bond if there are assets available to him from his personal accounts.

MR. ADAMS:   That was the only rub, Your Honor, because all of it is incumbered in the bankruptcy.

THE COURT:   All right.

MR. ADAMS:   That -

THE COURT:   Inasmuch -

MR. ADAMS:   - Status Order.

THE COURT:   - as he has no access and freedom to use any of the monies incumbered by Bankruptcy Court, it's a half-a-million unsecured bond, which means -

THE DEFENDANT:   Okay.

THE COURT:   - you owe that amount of money to the Government, if you don't come to court each time you're required to.

MR. ADAMS:   Your Honor, with -

THE COURT:   I did not hear -

MR. ADAMS:   Oh, I'm sorry, Your Honor.

THE COURT:   I did not hear, in this particular

instance, any strong indications that he was necessarily using his computer to perpetrate the frauds. If so, you can give the Court and the Court will give restrictions on how the computers are to be used.

I don't know anything else to do. If you need, we can use monitoring -- GPS monitoring to make sure he's where he's supposed to be.

Those are the only things I think are appropriate in this case. He is not accused of, as I said, anything violent against anyone.

MR. ADAMS: Two things, Your Honor, as I had said earlier, we would consent to the standalone location monitoring with the GPS, so his -

THE COURT: Okay.

MR. ADAMS: - whereabouts would be there. So that's number 1. I had proposed in my Order to address, through any residual concerns about economic danger, more restrictions on the professional activities -

THE COURT: Correct.

MR. ADAMS: - so that if the concern is repeat -

THE COURT: The two of you, I gave you time. I was hoping you would work out how you would do that. Let's do that quickly. Just all you have to do is talk to him and figure out what protects people from fraud or the things that you think he may perpetrate.

And I think anybody with an ounce of comprehension of the trouble they're already in would not get on the phone, computer, or any other device and start trying to kite and do the same thing over again.  You're in enough trouble as it is.  That's -

MR. ADAMS:  Your Honor, with respect to his travel restrictions to the EDPA, my office is in New Jersey.

THE COURT:  It said -

MR. ADAMS:  Would that -

THE COURT:  - unless -

MR. ADAMS:  - be with pre -

THE COURT:  You can add -

MR. ADAMS:  Pretrial?

THE COURT:  - New Jersey for purposes of meeting with Counsel.

MR. ADAMS:  That's all I -

THE COURT:  For anything else, Pretrial Services, I've given the kind of phraseology that gives him permission to let him go.  If he says, I have a birthday for my first-born son in California, where he goes to school, they can determine whether they want to permit it.

Or what they do is they contact me, as the Judge who issued the initial Order, and say, Judge, he wants to do this.  Do you approve it?

MR. ADAMS:  Understood -

THE COURT:   So -

MR. ADAMS:   - Your Honor.  And I have -

THE COURT:   - he's -

MR. ADAMS:   - his Pass -

THE COURT:   - not to travel outside of the United States.  So, here's his Passport.  Do you have a Real ID?

THE DEFENDANT:   I do not, Your Honor.

THE COURT:   You said you do not?

THE DEFENDANT:   I do not yet, Your Honor.

THE COURT:   Do you anticipating needing to go anywhere for business or reasonable purposes, outside of this State?

THE DEFENDANT:   Potentially on business, I travel some, but certainly not outside of the country.

THE COURT:   But now they're requiring a Real ID or a Passport even to get on a local -

THE DEFENDANT:   Right.

THE COURT:   - air hop to go -

THE DEFENDANT:   Understood.

THE COURT:   - from Philadelphia to Pittsburgh.

THE DEFENDANT:   Yeah, if I do, I will have to get a Real ID, then.

THE COURT:   So I'm going to suggest, again, that he keep the Passport for purposes only of getting a Real ID.  And he has to present that to get a Real ID.

I believe they want two forms of ID.  I used -- I know I had to use -- I had used my Passport and my work ID.

(Asides)

THE COURT:  So, you can make it so that it's in the possession of Counsel to go with him to present only for the purpose of getting a Real ID.  Once the Real ID then arrives, he'll be able to go anywhere he needs to go.

MR. ADAMS:  I would act as an Escrow Agent for this, Your Honor.  I'll keep it in my custody -

THE COURT:  You're not going to -

MR. ADAMS:  - only for that -

THE COURT:  - keep it -

MR. ADAMS:  - purpose.

THE COURT:  - the whole time.

MR. ADAMS:  And then, once it's done -

THE COURT:  Right.

MR. ADAMS:  - I give it to Pretrial.

THE COURT:  Exactly; then it goes to Pretrial Services.

MR. WEBER:  Okay.  Well, Your Honor wants Mr. Adams and I to talk.  Is that -

THE COURT:  Yes.

MR. WEBER:  Okay.

THE COURT:  And I want you to -- you have five minutes.  I need to be doing something upstairs.  And I had

another commitment I needed to be doing after 5:30.

MR. WEBER:  We understand.

THE COURT:  I really should have left at 4:30 to do it.  And we were on-track, other than this case.  So it's fine.  Write it up for me to approve; we're also detaining you.  Sorry; you knew you were in for today, too.  But -

UNIDENTIFIED MALE:  I know it.

THE COURT:  - we didn't know what we were in for.

(Recess at 5:11 p.m., until 5:31 p.m.)

THE COURT:  Do the Parties have a propose -- this is a yes or no question.  Do the Parties have a proposal for the Court?

MR. ADAMS:  I'm just reading what they wrote, Your Honor.  I -

MR. WEBER:  I wrote it out, Your Honor.  They met with Mr. Heller.  And we're just making sure.

THE COURT:  Oh, I thought maybe they couldn't read your writing.

MR. WEBER:  I do write very -

MR. ADAMS:  Not without my glasses.

MR. WEBER:  I do write very small, Your Honor.

THE COURT:  Um-hmm.

MR. WEBER:  Yes.

THE COURT:  I'm good now.  I made my phone call with my apology for not being where I need to be now.

MS. GORDON:    Thank you, Your Honor.

MR. WEBER:    Yes.

MR. ADAMS:    I don't agree -

MR. WEBER:    Thank you.

MR. ADAMS:    - on that.

(Recess at 5:31 p.m., until 5:45 p.m.)

MR. ADAMS:    The issue becomes whether or not Mr. Heller still has the ability to do that which the Bankruptcy Court is allowing and to do what it requires him to do.  And -

THE COURT:    Yes.

MR. ADAMS:    - what is being suggested -- and this is where I had Bankruptcy Counsel help me -- is language that would remove Mr. Heller completely as a Signatory on his accounts.  But that would then impact what's going on with the bankruptcy.

So that's where the rub is, Judge.  I was suggesting that Luma Financial, who's the accounting firm, would approve all expenses.

And I think the Government wants to go a step further to say Mr. Heller's removed from a Signatory on account.  And I don't want to speak for them.  But -

THE COURT:    Um-hmm.

MR. ADAMS:    - that would then -- that literally changes the nature of the bankruptcy.  That reverses the

bankruptcy for a Debtor in possession.

Immediately, he's no longer Debtor in possession.  So we're rescinding the Bankruptcy Court's Orders, all the Agreements between the Creditors and the Debtor.  That's -

THE COURT:   We don't want to do that.

MR. ADAMS:   - too problematic.

THE COURT:   We cannot do that.  That's not my jurisdiction.  That's Judge Chan's jurisdiction.

MR. WEBER:   Yes; from the Government's perspective, 15 minutes ago, we were at a place where Defense Counsel proposed a -- what I'll call a Third-Party Custodian, Luma Financial, to be the person who had access to all of his corporate and personal bank accounts, so basically to be in charge of those bank accounts.  That's what we think is warranted here, Your Honor.

THE COURT:   But do you understand, if that takes it -- and we have a Bankruptcy Attorney here -- if that takes it out of the realm of him being a Debtor in possession, it upsets the Rulings of the Bankruptcy Court.

Understand, as I understand it, you're not to do anything, while things are in bankruptcy.  It puts a hold on everything.  So -

MR. WEBER:   I understand that.

THE COURT:   - we should not do that.  So, you -

MR. ADAMS:   Co-access -

THE COURT:   - can have a -

JOHN JENEMANN:   That's exactly what -

THE COURT:   - filter.

MR. JENEMANN:   - I was about to say.

THE COURT:   You can -

MR. ADAMS:   Co-access isn't a problem.  I -- that's what -

THE COURT:   Right.

MR. ADAMS:   - Counsel just said.  So if it's -

THE COURT:   Right; I would say you -

MR. ADAMS:   - co-access, it's not a -

THE COURT:   Right.

MR. ADAMS:   - problem.

THE COURT:   I was going to say you should have a filter so that any expense he wants has to go through a channel.

MR. ADAMS:   So, co-access is fine.  Just removing him changes the nature of the bankruptcy.

SARI PLACONA:   Correct.

THE COURT:   Now, how many -

MR. ADAMS:   That -

THE COURT:   - signatures are presently required on that account?

THE DEFENDANT:   Well, it's multiple accounts.  I mean -

MR. ADAMS:   Talk to me.

THE COURT:   How many signatures are required on those accounts?

(Asides)

THE COURT:   And require that both signatures be on every expenditure.

MR. WEBER:   Yes.

THE COURT:   And then, that should solve the problem, because he would remain Debtor in possession.

MS. GORDON:   Um-hmm.

THE COURT:   But it'll also put another checkpoint.

MR. ADAMS:   I am hopeful that Ms. Gordon just wrote that down, so we can -

MS. GORDON:   Yes.

MR. ADAMS:   - include it on the Order.

THE COURT:   She's going to scribe it so that it's, A, legible, and, B, comprehensible.

MS. GORDON:   Okay; absolutely.

MR. ADAMS:   We will provide the Government with a list of all accounts, because it's been filed in the bankruptcy.  And we will get them everything, corporate and personal.  And Luma will have co-access to all accounts.

THE COURT:   And who?

MR. ADAMS:   And -

THE COURT:   Okay.

MR. ADAMS:   - signatures will be required by Luma and Mr. Heller if -

THE COURT:   Okay.

MR. ADAMS:   In addition, Luma will be an added necessary signature.  Is that what we're talking about?  You're just [indiscernible]?  Or he keeps shaking his head.  He said yes?

MR. WEBER:   Yes.

MR. ADAMS:   Oh, okay.

THE COURT:   I was looking -

MR. ADAMS:   We're waiting for you.

THE COURT:   - waiting for you.  And you're looking at everybody else.

MR. WEBER:   No, that's acceptable.

THE COURT:   All right.

MR. WEBER:   Thanks.

THE COURT:   So, write it on that piece of paper.

(Asides)

THE COURT:   And then, I'm going to read it and see if I approve it, if you've done your homework, where we get to recess, pun intended.  One person in here is awake.  It's you.  You're looking around.  It's you.  Yes.

MR. WEBER:   Your Honor, can we do one thing at sidebar?  I promise one minute.

(At sidebar, under seal, from 5:51 p.m. to 5:53 p.m.)

THE COURT:   I'm waiting for you to hand up to the Court -

MR. ADAMS:   It left the building.

MR. WEBER:   Oh, gosh.

(Asides)

THE COURT:   Both signatures are required to authorize withdrawals from this accounts.

MR. WEBER:   And both must -

MS. GORDON:   Both -

THE DEFENDANT:   Well, typically, we don't -- everything's -

MR. ADAMS:   No, don't.

MS. GORDON:   All -

MR. ADAMS:   Expenditures, that was what the Court said, right?

MR. WEBER:   Expenditures.

MR. ADAMS:   Expenditures, expenditures; is it all expenditures?

THE COURT:   Are required to authorize withdrawals from the account.

MR. WEBER:   Yes.

(Asides)

MR. ADAMS:   Need both, Your Honor?  Need both?

THE COURT:   (No audible response).

MR. WEBER:   Okay.

THE COURT:   Why?  They have two copies?

THE DEPUTY CLERK:   This is -

THE COURT:   Oh.

MR. ADAMS:   Whose is this?

MR. WEBER:   I think this is your copy.

THE CLERK:   They changed the amount.  Oh, it's still -

THE COURT:   Um-hmm.

THE CLERK:   Okay.

THE COURT:   That's what it was.  I don't know if the red ink is going to come through like it should.  Will it?

MR. ADAMS:   I can go over it in dark ink, if you want, Your Honor.

THE COURT:   And I don't like the scribbles at the bottom.  So -

MR. ADAMS:   I'll take a clean copy -

THE COURT:   - if you have another sheet?

MR. ADAMS:   - and we will do it if you have -

THE COURT:   You have another clean sheet like this?

THE CLERK:   Yeah, I'll just -- you want me to write all over it?

THE COURT:   No; yeah, just that part.

(Asides)

THE COURT:   Okay.  Before I sign, I need you to initial the changes and the last paragraph that is

incorporated.

So I wanted it inside the body of it, not hanging at the bottom after the signatures.  So, just initial every change, not -- you don't have to initial where I just went over the record; yes.  The bail amount.

All right.  Please stand, Mr. Heller.  You will be released on the following terms and conditions.  You will sign a $500,000 OR bail.

That means if you don't come to court each and every time you're summoned to do so, you owe that amount of money to the Court.  Do you understand that?

THE DEFENDANT:   I do.

THE COURT:   You shall report to Pretrial Services directed.  They may have you come in-person.  Or they may have you report by phone.  It's up to them.

You shall attend mental-health services, under the guidance and supervision of Pretrial Services.  You shall refrain from excessive use of alcohol or any narcotic drug, or other controlled substance, while on this Court's release, unless it's been prescribed by a licensed Medical Practitioner.

You shall undergo drug/alcohol treatment, if necessary -- that's not to suggest it is -- as determined by Pretrial Services.  You shall submit to electronic monitoring at the following address.

There's no address written there.  Give me an add -

MR. ADAMS:    It was supposed to be standalone -

THE COURT:    Okay.

MR. ADAMS:    - monitoring, Your Honor.  That's why we scratched that out.

THE COURT:    No; you didn't scratch it out.  So I'm going to scratch it out.

MR. ADAMS:    And standalone should be checked on the other page.

THE COURT:    That is.

MR. ADAMS:    Yes.

THE COURT:    It is, on the next page.

MR. ADAMS:    Sorry.

THE COURT:    This Court, based upon evidence that Defendant has adequate financial resources, finds that he shall pay all or part of the cost of the Court-ordered monitoring program in an amount to be specified by Pretrial Services. Just so you know, I think it's something like $15 a week.  It's not going to break the bank, literally.

Defendant shall have no contact with Codefendants, potential witnesses in this case, or individuals engaged in any criminal activity.  Defendant must maintain his present employment.

Defendant shall report, as soon as possible, to the Pretrial Services or Supervising Officer every contact with Law Enforcement, including arrest, questioning, or traffic

stops.

Defendant must reside at 909 Greenside Drive, Lititz, PA, or 1433 North Road, Westfield, PA.  Luma Financial Group and Mr. Heller -- oops, I skipped a page; sorry.

You have no residential component, no curfew, no home detention or home incarceration restrictions.  However, you must comply with the location or travel restrictions, as imposed by the Court.

Standalone monitoring should be used, in conjunction with Global Positioning System, GPS, or virtual application technology.  We've checked off you're going to use a Global Positioning System, same as what's in your phone.

Travel is restricted to the Eastern District of Pennsylvania.  That's 1/3 of the State.  You may not go to New Jersey, Delaware, New York without preapproval with Pretrial Services.

Defendant shall surrender or refrain from obtaining any firearms.  We already have the Firearm Certification in place.

And the final main thing is, other than you shall not commit any new crimes, Luma Financial Group and my shall have co-access to all personal and corporate accounts.  And both must authorize with both signatures all expenditures and withdrawals.

And then, I'm going to sign this, this 5th day of

September, 2025.  All right.

Good job; I think that these terms and conditions will make sure that the accounts remain intact, that -

MR. ADAMS:   Your Honor -

THE COURT:   - bank -

MR. ADAMS:   - we do have an issue, because that -- a tiny issue.  Westfield's technically in the Middle District of Pennsylvania.

I don't know that for a fact.  But the Marshal has shared that with me.  I'm certainly not -

MS. GORDON:   Looking it up right now.

(Asides)

THE COURT:   All right; hold one minute.  Travel is restricted to the Eastern District of Pennsylvania and -

MR. WEBER:   Your Honor, the Government can -- he has a primary residence.

THE COURT:   I'm going to say and his home in Westfield, PA.

THE DEFENDANT:   Great.

MR. WEBER:   So he has a primary residence in Lancaster, in the Eastern District of Pennsylvania.

THE COURT:   Yes.

MR. WEBER:   That's the Greenside property.  From the Government's perspective, he should just reside there.  Why does he need two properties?

THE COURT:   Well, it's like saying, why do you have a summer home at the shore?  So -

MR. WEBER:   Well -

THE COURT:   - I think that he's on standalone GPS monitoring.  I think there's no less safety in him being in the Middle District.  And I've given Pretrial Services already the right to allow him to go various places.

MR. WEBER:   Is he still restricted to Eastern District of Pennsylvania?

THE COURT:   Unless Pretrial Services -

MR. WEBER:   Okay.

THE COURT:   - does it.

MR. WEBER:   So -

THE COURT:   But I was going to add, and his residence in North Westfield.

MR. ADAMS:   So the exception to the EDPA would be only to go to that residence in -

THE COURT:   I'm making -

MR. ADAMS:   - Westfield?

THE COURT:   - an addition.

(Asides)

THE COURT:   Okay.  Travel is restricted to the Eastern District of Pennsylvania.  And did you not say you're in New Jersey?

MR. ADAMS:   I'm sorry, Your Honor.  Yes?

MS. GORDON:   Yes.

THE COURT:   Did you not say you're in New Jersey?

MS. GORDON:   Yes.

MR. ADAMS:   I am, Your Honor.  My office is in Newark.  I also have one in -- his Bankruptcy Counsel's in New Jersey, as well.

THE COURT:   So, travel's restricted to the Eastern District of Pennsylvania and the Westfield home, and New Jersey to visit Counsel.

MR. ADAMS:   Thank you, Your Honor.

MR. WEBER:   I just want to Google Map where Westfield is, Your Honor.  What's the address?

THE COURT:   Is it near Penn State?  Where is -

THE DEFENDANT:   It is.

THE COURT:   - Westfield?  What's it near?

MR. ADAMS:   The address is what?

THE DEFENDANT:   It would be about -

MR. ADAMS:   The address is what?

THE DEFENDANT:   Address is 1433 -

MR. ADAMS:   1433 -

THE DEFENDANT:   It's north of Mansfield.

THE COURT:   It's where?

THE DEFENDANT:   Northwest of Mansfield, Pennsylvania.

THE COURT:   I don't know where -

THE DEFENDANT:  Mansfield.

THE COURT:   - is.

THE DEFENDANT:  It would be west of Corning, New York.

THE COURT:  Of what?

THE DEFENDANT:  Corning, New York; it's in Pennsylvania.  But -

THE COURT:  I have no idea.

THE DEFENDANT:  - I'm striking out.

MR. WEBER:  What's the -- I'm sorry.  What is the address?

THE DEFENDANT:  1433 -

MR. ADAMS:  Street?

THE DEFENDANT:  - North Road.

MR. ADAMS:  North Road, Westfield.

(Asides)

THE COURT:  Where is it?  Did you put it in the GPS?

MR. JENEMANN:  I didn't come up, Judge.

MR. WEBER:  Your Honor, I think it's up at the -

MR. ADAMS:  Have it right here.

MR. WEBER:  - very top of the State, Judge.

MR. ADAMS:  It's right there.

MR. JENEMANN:  Okay.

MR. WEBER:  Okay.

MR. ADAMS:  That's where it is.

MR. WEBER:   Your Honor, I think that he should have -- request Pretrial Services' permission in order to travel to that property.  It's not -

THE COURT:   How far is it?

MR. WEBER:   - just over the border of EDPA.  It's like he'd have to drive a couple hours.

PRETRIAL OFFICER:   Your Honor, we have no objection to -

THE COURT:   And how long does it say -

PRETRIAL OFFICER:   - just saying the State of Pennsylvania, the State -

THE COURT:   - it takes to get there?

PRETRIAL OFFICER:   - of New Jersey, and as a condition of -- and anything outside of that, we -

MR. ADAMS:   I think he just did.

THE COURT:   And that home -

MR. ADAMS:   I think Pretrial just said okay.

THE COURT:   - has features different from your other home, I presume?

MR. ADAMS:   He works -

THE DEFENDANT:   Yeah, I work out of that -

MR. ADAMS:   - out of there often -

THE DEFENDANT:   - office.

MR. ADAMS:   - Your Honor.

THE COURT:   Hmm?

MR. ADAMS:   And he works out of there often, Your Honor.

PRETRIAL OFFICER:   Your Honor, I'm sorry.  Pretrial, we have no objection with just simply approving the State of Pennsylvania, the State of New Jersey.

Anything outside of that, he can ask for permission.  But standalone is least restrictive.  So -

THE COURT:   Right.

PRETRIAL OFFICER:   - we're not concerned about his whereabouts as -

THE COURT:   Right.

PRETRIAL OFFICER:   - opposed to him endangering -

THE COURT:   And I'm not concerned with him going to his other home.  He's just suggested something even more liberal than what -

MR. WEBER:   He did.

THE COURT:   - we had.

MR. WEBER:   And we certainly object to that.

THE COURT:   So I'm going to leave it Eastern District.  He can go to Westfield.  And he can go to New Jersey to visit his Attorney.

Anything outside of that, then you go ask Pretrial Services, so they know where you are.  Or they're always going to know where you are, because you're to have -

THE DEFENDANT:   Right.

THE COURT:  - the monitoring system on.  And they might say, well, whoa, why is he in Colorado?  No, you can't be in Colorado without preapproval of Pretrial Services.

MR. ADAMS:  Your Honor, the one issue -

THE COURT:  I think those -

MR. ADAMS:  - that -

THE COURT:  - restrictions are adequate.  Now, you're just picking.

MR. ADAMS:  The only -

THE COURT:  Don't nick pit (sic).

MR. ADAMS:  - that we didn't address there, Your Honor, was the issue of the Passport.  I know you've put on the record.

But I don't believe it's included in the Order.  The Passport, Your Honor said, I believe, that I hold the Passport and go with -

THE COURT:  No, no.

MR. ADAMS:  - him to the Motor Vehicles.

THE COURT:  No, no, no, hold on a minute.  It usually is a term that he shall surrender and not ask for a new Passport.  Is that in here?

(Asides)

THE COURT:  Page 2, where?  Defendant must surrender his or her Passport to the Clerk of Court after a -- what do you call that kind of License?

MR. ADAMS:   Real ID.

THE COURT:   A Real ID -- how do you spell that?

THE CLERK:   I hope you were joking there.

THE COURT:   Has been ordered in the presence of Counsel.

So, you have a PA Driver's License, correct?

THE DEFENDANT:   That is correct, Your Honor.

THE COURT:   So, Counsel, you will go with him with the Passport to any one of the driver's place in Pennsylvania -- in the Eastern District of Pennsylvania.  He will sit there.

What they do is you fill out the form, you pay the money.  And actually -- I'm trying to remember whether they took my -

MR. ADAMS:   If it's like New Jersey, they end up mailing it to you down the -

THE COURT:   They -

MR. ADAMS:    - road.

THE COURT:   I think they took my ID and then mail me the Real ID.

So whatever the process is, once you go with Counsel there, turn in the Passport.

MR. ADAMS:   I think what the -- I think the Government's suggesting that the Court hold this -

MR. WEBER:   Yes.

MR. ADAMS:    - unless and until there's an

appointment.  And then, we do it that way.  But that's what the Government is suggesting.

MR. WEBER:  Your Honor, they're -

THE COURT:  That's just making more driving.  The -

MR. WEBER:  I understand.

THE COURT:  It's not necessary.  Counsel can hold it.  I trust Counsel to hold it in his hand until the appointment is set.

He'll go with his Client, order the Real ID.  And then, he'll make sure he brings, or sends, or gets that Passport to the proper place.

I trust Counsel to do that.  That's part of his ethical oath and obligation.  Stop; it's 10 after 6:00.

MR. WEBER:  I understand, Your Honor.

THE COURT:  I think he's -

MR. WEBER:  They're -

THE COURT:  - secured.  I believe that we have done and put enough in place.

Make copies for everybody, please.

I'm finished.

MR. ADAMS:  Your Honor, I certainly -

THE COURT:  He's secure.

MR. ADAMS:  - will -- I certainly will hold it.  I won't give it to anybody.  It won't leave my custody, except to give it to DMV.  When it gets back to me, I'll turn it into the

Court.

THE COURT:   Thank you.

MR. ADAMS:   And thank you for allowing me to appear pro hac.   Thank you.

THE COURT:   Yes.

MR. ADAMS:   I recognize that that's a condition.

THE COURT:   Um-hmm.

THE DEFENDANT:   Thank you, as well, Your Honor.

THE COURT:   Um-hmm.

MS. GORDON:   Thanks.   Thank you, Your Honor.

THE COURT:   I have AUSAs -

MR. ADAMS:   I'm sorry.

THE COURT:   - waiting for me in the box.   I have to go get in the box.

MR. WEBER:   I understand, Your Honor.

THE COURT:   They've called and harassed Ed.   Court is adjourned.

MR. JENEMANN:   Thank you, Your Honor.

MS. GORDON:   Thank you, Your Honor.

MR. WEBER:   Thank you.

MR. ADAMS:   Thank you, Your Honor.

(Proceedings concluded at 6:14 p.m.)

# C E R T I F I C A T I O N

I, <u>VICTORIA O'CONNOR</u>, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____          _____10/31/2025_____

Victoria O'Connor, CET                              Date

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

WORD INDEX

**#**

$100,000,001 [1]
  11:3
$15 [4] 11:21
  12:4,12 44:17
$25 [3] 11:22
  12:4,12
$30 [1] 26:13
$35 [1] 12:17
$50 [1] 12:17
$500 [1] 11:4
$500,000 [1] 43:8
$75 [1] 26:13
$770 [1] 7:20
07068 [1] 2:16
07102 [1] 2:5
1 [3] 16:24 17:14
  31:16
1/3 [1] 45:14
10 [1] 54:13
10,000 [1] 14:20
10:00 [1] 6:6
100 [1] 2:4
11 [2] 11:7,10
11:00 [1] 21:16
119 [1] 20:15
122 [1] 2:24
1433 [4] 45:3
  48:19,20 49:12
15 [2] 10:22
  37:10
15-year [1] 10:14
16 [1] 3:4
16,900 [1] 14:17
1600 [1] 2:10
18 [1] 13:13
19103 [1] 2:11
19106 [1] 1:22
1st [2] 11:10
  21:1
2 [1] 52:23
20 [2] 10:13,13
2024 [8] 13:8,20
  14:10,16,24
  15:16 19:17
  21:14

2025 [3] 11:10
  19:24 46:1
21st [2] 14:24
  15:15
25 [1] 3:5
25,000 [1] 14:12
25-11354 [1]
  20:15
26th [1] 14:10
2700 [4]
  7:8,10,16 9:5
28,000 [1] 15:20
29 [1] 3:7
30,000 [1] 14:12
31 [1] 19:2
3142(g [1] 9:7
31520 [1] 2:25
3900 [1] 2:10
3rd [1] 13:25
4 [1] 17:14
4:00 [1] 6:14
4:30 [1] 35:3
4:43 [1] 26:6
48 [1] 21:15
5:00 [1] 28:19
5:01 [1] 26:6
5:11 [1] 35:9
5:30 [1] 35:1
5:31 [2] 35:9
  36:6
5:45 [1] 36:6
5:51 [1] 40:25
5:53 [1] 40:25
501 [1] 2:24
55 [1] 18:11
567-3889 [2]
  56:5,8
5th [2] 13:8
  45:25
6 [1] 3:3
6:00 [1] 54:13
6:14 [1] 55:22
615 [1] 1:21
6700 [1] 14:18
7 [1] 13:14
700 [2] 7:10,14
75 [1] 2:15
85-percent [1]
  12:9

909 [1] 45:2
912 [2] 56:5,8
99.5-percent [1]
  11:19

**A**

ability [2] 14:20
  36:8
able [4] 13:23
  24:11,19 34:7
about [15] 6:6
  8:4,25 10:21
  13:2,3,5 20:7
  23:8 27:13
  31:17 38:4 40:5
  48:17 51:9
above [1] 10:20
above-entitled
  [1] 56:2
absent [1] 21:24
absolutely [3]
  6:19,24 39:18
abuse [2]
  18:17,17
acceptable [1]
  40:14
accepts [1] 10:22
access [10] 12:3
  16:11 20:1,9,10
  26:1,11,22
  30:15 37:12
account [3] 36:21
  38:23 41:20
accounting [1]
  36:18
accounts [13]
  26:11,16 30:8
  36:15 37:13,14
  38:24
  39:3,20,22 41:7
  45:22 46:3
accused [1] 31:9
acknowledge [1]
  5:13
acknowledged [1]
  5:12
acquisition [1]
  18:6
act [1] 34:8

acting [1] 25:11
actions [5] 10:17
  22:10,11,12
  24:21
actively [1] 22:8
activities [1]
  31:18
activity [2] 30:4
  44:21
actually [5] 4:5
  17:19 19:14
  24:15 53:12
add [3] 32:12
  43:25 47:14
added [1] 40:4
addition [2] 40:4
  47:20
additional [1]
  25:23
address [12] 9:13
  19:20,21 31:16
  43:24,25
  48:12,16,18,19
  49:11 52:11
addressed [3]
  19:22 22:5,9
addresses [1]
  13:10
adequate [2]
  44:14 52:7
adjourned [1]
  55:17
admitted [2]
  17:13 23:13
after [6] 6:14
  8:7 35:1 43:3
  52:24 54:13
again [6] 4:12
  9:4 12:17 14:5
  32:4 33:23
against [3] 17:14
  28:15 31:10
agent [1] 34:8
agents [5]
  13:12,15,17
  14:3 21:22
ago [4] 19:17
  21:2,15 37:10

agree [3] 26:14
  27:4 36:3
agreement [1]
  30:2
agreements [1]
  37:4
ahead [1] 24:1
air [1] 33:18
alcohol [1] 43:18
all [32] 4:18,24
  5:15 9:2,23
  11:4,6 12:9
  20:1,23 24:25
  25:16 29:3
  30:10,11 31:23
  32:16 36:19
  37:3,12
  39:20,22 40:15
  41:13,17 42:21
  43:6 44:15
  45:22,23
  46:1,13
allegation [1]
  25:18
allegations [3]
  14:23 18:23
  19:10
alleged [5] 8:18
  9:5 18:23 25:6
  27:24
allegedly [3]
  9:15 15:3,8
alleges [1] 7:6
allow [2] 24:17
  47:7
allowing [3] 4:13
  36:9 55:3
alone [1] 17:1
along [2] 14:8
  15:23
already [5] 17:18
  30:2 32:2 45:18
  47:6
also [8] 9:1,15
  14:14 15:3,4
  35:5 39:11 48:5
always [1] 51:24
am [2] 39:12 48:4

amendment [1]
  25:13
among [1] 8:5
amount [7] 9:1
  17:4 30:19 42:6
  43:5,10 44:16
an [21] 7:4 15:23
  18:16 20:11
  21:12 22:7
  23:12 24:21,23
  25:18,18 29:19
  30:6 32:1 34:8
  40:4 43:25
  44:16 46:6
  47:20 53:25
analysis [1]
  13:19
anchored [1]
  18:13
announce [1]
  13:12
another [6] 13:22
  29:18 35:1
  39:11 42:17,19
answer [1] 23:8
answered [1]
  19:22
anticipating [2]
  28:23 33:10
any [16] 4:4 13:1
  16:1 20:17 23:8
  30:4,16 31:1,16
  32:3 38:15
  43:18 44:20
  45:18,21 53:9
anybody [2] 32:1
  54:24
anyone [1] 31:10
anything [8]
  24:25 31:5,9
  32:17 37:21
  50:14 51:6,22
anyway [1] 21:19
anywhere [2]
  33:11 34:7
apology [1] 35:25
appear [3] 4:13
  18:18 55:3

**appearances** [1]
  **1**:17
**appears** [1] **13**:16
**application** [1]
  **45**:10
**applying** [1]
  **29**:22
**appointment** [2]
  **54**:1,8
**appropriate** [1]
  **31**:8
**approval** [2]
  **20**:18 **27**:23
**approve** [4] **32**:24
  **35**:5 **36**:18
  **40**:20
**approving** [1]
  **51**:4
**approximately** [6]
  **7**:8,20 **9**:4
  **10**:13 **14**:17,18
**are** [27] **4**:4 **5**:17
  **14**:13 **15**:11
  **18**:8 **20**:13,22
  **22**:13,21,22
  **25**:17,25
  **26**:12,13 **29**:16
  **30**:7 **31**:4,8,8
  **37**:21 **38**:22
  **39**:2 **41**:6,19
  **51**:23,24 **52**:7
**area** [1] **7**:19
**aren't** [1] **24**:17
**arguing** [1] **16**:25
**argument** [2] **3**:3
  **6**:23
**around** [1] **40**:22
**arrest** [2] **21**:15
  **44**:25
**arrested** [4]
  **13**:25 **18**:11
  **21**:17 **22**:5
**arrives** [1] **34**:6
**as** [52] **4**:17 **5**:15
  **8**:18 **9**:5,25
  **10**:4,10,15,16
  **11**:5,10,24
  **12**:13 **13**:8,16
  **14**:8,13 **15**:23

**17**:13 **18**:5,5
**19**:8
**20**:18,20,22
**21**:1 **22**:5,24
**23**:2,9,21
**25**:6,8 **29**:16,22
**30**:15 **31**:9,11
**32**:4,22 **34**:8
**36**:14 **37**:20
**43**:22 **44**:23,23
**45**:7,12 **48**:6
**50**:13 **51**:10
**55**:8
**asides** [11] **4**:8
  **34**:3 **39**:4 **40**:18
  **41**:5,22 **42**:23
  **46**:12 **47**:21
  **49**:16 **52**:22
**ask** [5] **23**:21
  **24**:6 **51**:6,22
  **52**:20
**asset** [1] **20**:17
**assets** [23]
  **11**:3,4,6,17,20
  **12**:3,14,16
  **15**:13 **16**:11
  **19**:23 **20**:1,1,8
  **21**:6
  **24**:11,16,20
  **26**:12 **27**:12
  **28**:14 **29**:13
  **30**:7
**assistance** [1]
  **18**:3
**assistant** [1] **5**:8
**at** [31] **6**:1,5,25
  **10**:12,21 **11**:3
  **12**:20 **13**:23
  **14**:20 **15**:6
  **18**:19 **19**:18
  **21**:16,18 **23**:15
  **26**:6 **29**:2
  **35**:3,9 **36**:6
  **37**:10
  **40**:13,23,25
  **42**:14 **43**:2,24
  **45**:2 **47**:2 **49**:19
  **55**:22

**ATMs** [16] **7**:22,23
  **8**:4,13,19
  **9**:14,16,17
  **14**:12,14,17
  **15**:3,5,7,17,20
**attachment** [1]
  **18**:5
**attend** [1] **43**:16
**attorney** [3] **5**:9
  **37**:17 **51**:21
**attorneys** [3]
  **5**:18 **11**:15
  **25**:21
**attorney's** [1]
  **1**:20
**audible** [1] **41**:24
**august** [4] **10**:25
  **11**:10 **14**:10,16
**AUSAs** [1] **55**:11
**authentic** [2]
  **14**:15 **15**:23
**authorize** [3]
  **41**:7,19 **45**:23
**available** [3]
  **22**:17 **23**:20
  **30**:7
**avenue** [1] **2**:15
**avoid** [1] **21**:20
**avoided** [1] **22**:6
**awake** [1] **40**:21
**aware** [1] **9**:25

**B**
**back** [9] **8**:5 **9**:23
  **10**:3,24 **12**:15
  **13**:22 **15**:11
  **19**:1 **54**:25
**bail** [3] **24**:2
  **43**:5,8
**bank** [9] **9**:19,23
  **10**:4 **26**:11,15
  **37**:13,14 **44**:18
  **46**:5
**bankruptcy** [35]
  **8**:24 **10**:25
  **11**:2,7,9 **12**:10
  **15**:12 **16**:14
  **19**:24 **20**:5,5,6
  **23**:7

24:12,17,18
27:22 28:2,2,3
29:12 30:10,16
36:9,13,16,25
37:1,3,17,19,21
38:18 39:21
48:5
**bar** [1] **23**:14
**based** [5] **9**:10
10:10 14:2
26:10 44:13
**basically** [2]
11:11 37:13
**basis** [1] **8**:24
**be** [57] **4**:7 **6**:17
7:21 8:4,5
12:14 13:16
15:25 16:3 18:1
20:13
22:14,15,18
23:2,22
24:1,4,11,14,19
,19,23,23 25:20
26:1,7,15,24
27:2,7
29:4,10,13 30:5
31:4,7,15 32:11
34:7,25 35:1,25
37:12,13 39:5
40:1,4 43:6
44:1,7,16 45:9
47:16 48:17
49:3 52:2
**because** [10] **16**:6
20:4 23:11
24:1,13 30:10
39:9,20 46:6
51:24
**becomes** [1] **36**:7
**been** [15] **13**:20
14:19 15:8
18:11,13,18,23
19:1 21:17
22:5,24 30:2
39:20 43:20
53:4
**before** [6] **1**:13
13:21 16:18,19
19:8 42:24

**behavior** [1]
18:20
**being** [10] **15**:22
20:24 21:4,5,22
27:22 35:25
36:12 37:18
47:5
**belied** [1] **16**:7
**belies** [1] **23**:18
**believe** [9] **4**:6
14:21 16:2
24:5,6 34:1
52:14,15 54:17
**belong** [1] **15**:13
**beneficial** [1]
23:22
**benefit** [2] **17**:14
19:6
**between** [4] **11**:20
14:11 26:13
37:4
**bills** [2] **27**:1,6
**bimonthly** [1]
20:22
**birthday** [1]
32:19
**bit** [2] **5**:5 **8**:19
**body** [1] **43**:2
**bond** [3]
30:6,7,17
**border** [1] **50**:5
**both** [11] **8**:14
19:2,4 39:5
41:6,8,9,23,23
45:22,23
**bottom** [3] **22**:16
42:15 43:3
**box** [2] **55**:13,14
**brady** [1] **5**:10
**break** [1] **44**:18
**brief** [1] **19**:16
**bring** [1] **17**:23
**brings** [1] **54**:10
**brother** [1] **19**:5
**budget** [1] **20**:20
**building** [1] **41**:3
**business** [8] **4**:7
9:2 11:17,18,25
13:10 33:11,13

**businesses** [1]
25:7
**but** [37] **8**:20
13:12 14:5,8
16:6,11,18
17:3,12,15
19:13 21:19,25
23:7,14,20,21
24:3,15 25:5,14
27:4,18 28:25
33:14,15 35:6
36:15,22 37:16
39:11 46:9
47:14 49:7 51:7
52:14 54:1
**buy** [2] **7**:22 **8**:13
**by** [23] **9**:2,13,20
12:9,10 13:18
14:12,14,18
16:7,16 19:25
21:22
24:13,15,19
30:16 40:1
43:15,20,22
44:16 45:8

**C**
**calculus** [1]
17:15
**calendar** [1] **6**:2
**California** [1]
32:20
**call** [6] **4**:1
21:16 23:21
35:24 37:11
52:25
**called** [4] **8**:6
11:8 12:7 55:16
**came** [1] **8**:7
**can** [26] **4**:3
6:14,15 12:15
21:18 22:21
23:10 24:18
25:20 29:1,13
31:2,6 32:12,20
34:4 38:1,5
39:13 40:23
42:12 46:15
51:6,20,20 **54**:6

cannot [2] 26:21
  37:7
can't [2] 26:15
  52:2
capable [1] 12:25
capital [7]
  11:18,20,25
  12:3,13 20:8
  26:11
cares [1] 19:3
carl [1] 2:19
carol [1] 1:13
carry [1] 7:25
case [21]
  5:2,13,22,24
  10:25 11:7,10
  12:21 13:4,6
  14:25 17:13
  20:15 23:3,4
  24:12 25:22
  30:3 31:9 35:4
  44:20
cases [2] 10:1
  26:4
cause [1] 17:2
caused [4] 8:6,19
  10:17 15:7
center [1] 2:3
certain [1] 24:11
certainly [6]
  22:11 33:14
  46:10 51:18
  54:21,23
certification [2]
  18:4 45:18
chairs [1] 4:21
chance [1] 6:1
change [1] 43:4
changed [1] 42:6
changes [3] 36:25
  38:18 42:25
channel [1] 38:16
Chan's [1] 37:8
chapter [2]
  11:7,10
characteristics
  [3] 19:11 21:9
  22:13

charge [2] 7:24
  37:14
charged [8] 7:4
  9:12 18:20,21
  21:4 22:4,22,25
charges [7] 5:18
  10:12 21:11
  25:6,12,17
  28:15
checked [2] 44:7
  45:11
checkpoint [1]
  39:11
chestnut [1] 1:21
children [5]
  16:17 18:14
  19:2 20:14
  24:11
Christopher [3]
  2:1 4:10,10
circumstances [2]
  16:24 17:1
city [1] 8:23
civil [3] 13:4
  14:25 19:22
clean [2]
  42:16,19
clear [2] 9:19
  28:13
clearly [1] 20:14
clerk [8] 4:5 6:8
  42:2,6,9,20
  52:24 53:3
click [1] 23:10
clicks [3]
  12:4,19 23:10
client [1] 54:9
co-access [6]
  37:25
  38:6,11,17
  39:22 45:22
codefendants [2]
  30:3 44:19
Colorado [2]
  52:2,3
come [8] 12:9
  13:13 26:19
  30:20 42:11
  43:9,14 49:18

comes [1] 9:20
coming [2] 7:23
  10:2
commit [1] 45:21
commitment [1]
  35:1
committed [1]
  9:12
common [1] 13:4
community [9]
  6:16 16:22
  17:17 18:10,25
  19:6 22:12
  25:19 29:9
companies [3]
  7:24 8:15 9:2
company [2] 8:10
  12:7
compared [1]
  15:20
compiled [2]
  15:18 25:4
complete [2] 15:2
  20:1
completely [1]
  36:14
compliance [1]
  16:21
comply [3] 5:14
  15:25 45:7
complying [1]
  12:25
component [1]
  45:5
comprehensible
  [1] 39:17
comprehension [1]
  32:1
computer [8]
  13:16,18,19,23,
  24 14:4 31:2
  32:3
computers [2]
  26:1 31:3
concern [2] 20:7
  31:20
concerned [3]
  22:20 51:9,13

concerns [2]
29:10 31:17
concluded [1]
55:22
concludes [2] 4:7
24:8
conclusions [2]
3:7 29:7
condition [2]
50:14 55:6
conditions [8]
13:1 14:21
22:21 24:24
26:15 29:16
43:7 46:2
conduct [4] 12:24
13:8 14:6 23:18
conflict [1]
28:25
confronted [1]
15:22
congress [1] 17:4
conjunction [1]
45:9
consent [4] 16:16
21:18 27:23
31:12
consider [1]
25:15
considered [1]
23:3
contact [4] 30:3
32:22 44:19,24
contain [1] 25:21
contained [1]
29:13
contesting [1]
24:2
continue [2] 24:4
28:6
continued [1]
21:7
contrary [1] 9:3
control [5] 8:14
11:6,17 26:15
27:12
controlled [3]
8:11 29:14
43:19

controls [2] 11:9
12:18
convicted [2]
10:8,12
conviction [1]
18:12
copies [2] 42:1
54:19
copy [3] 16:13
42:5,16
corning [2]
49:3,6
corporate [3]
37:13 39:21
45:22
corporation [2]
27:1,7
correct [6] 6:11
31:19 38:19
53:6,7 55:25
cost [1] 44:15
could [14]
12:5,16,19
14:7,19
15:12,14 22:18
26:7 27:9,14,19
29:4 30:7
couldn't [1]
35:17
counsel [22]
12:10 15:2
19:20,20 20:5,6
23:7 25:8 26:19
27:19 32:15
34:5 36:13
37:10 38:9 48:9
53:5,8,20
54:6,7,12
counsel's [2]
20:5 48:5
country [2] 29:18
33:14
county [7] 7:9,19
13:4,6 14:10,25
18:13
couple [3]
12:4,19 50:6
coupled [1] 10:5

course [3] 20:19
21:22 28:25
court-approved
[1] 55:24
court-ordered [1]
44:15
courtroom [4] 5:9
14:9 22:24
25:23
court's [3] 28:3
37:3 43:19
covered [1] 13:18
creative [1]
26:19
credit [1] 15:9
creditors [9]
11:12,16
12:1,6,15,20
15:13 27:24
37:4
crime [1] 19:9
crimes [1] 45:21
criminal [4]
18:12 22:24
30:4 44:21
critical [1]
11:23
curfew [1] 45:5
custodian [1]
37:11
custody [3] 18:2
34:9 54:24

D
danger [9] 6:16
16:22 17:17
18:10,25 22:12
25:19 29:8
31:17
Daniella [5] 2:8
4:14,15,16,19
dark [1] 42:12
Daryl [2] 1:8 4:2
date [1] 56:3
day [4] 15:7 16:6
21:15 45:25
debtor [11]
11:8,9,24 12:13
20:1 24:19

37:1,2,4,18
39:9
debts [1] 9:2
December [1] 13:8
defend [1] 21:10
defendant [53]
1:10 2:1 3:4
5:19 7:24 8:18
10:2 11:24
12:13 13:22
14:25 15:24
16:4 19:12
21:10 24:10
25:8 26:11,15
30:18
33:7,9,13,17,19
,21 38:24 41:10
43:12
44:14,19,21,23
45:2,17 46:19
48:14,17,19,21,
23
49:1,3,6,9,12,1
4 50:21,23
51:25 52:23
53:7 55:8
defendant's [5]
10:17 12:10
13:9,11 25:7
defense [4] 25:8
26:19 27:19
37:10
defines [2]
20:11,12
Delaware [1]
45:15
demonstrably [2]
9:14 14:16
depending [1]
26:13
deputy [1] 42:2
described [1]
16:12
desk [2] 13:16
21:23
despite [1] 15:22
detailed [1] 14:9
detain [1] 17:2

detained [2] 16:3
24:23
detaining [1]
35:5
detention [9]
1:12 4:25
17:5,15,19
23:1,3,3 45:6
determination [1]
25:11
determine [1]
32:20
determined [2]
13:22 43:22
device [1] 32:3
devices [1] 21:14
dialog [1] 22:9
did [18] 11:14
15:15 19:19,19
20:5 21:6,6,6
23:7 25:9 28:9
30:23,25 47:23
48:2 49:17
50:15 51:16
didn't [7] 15:9
17:6 22:7 35:8
44:5 49:18
52:11
different [2]
25:1 50:18
directed [2]
15:19 43:14
discretion [1]
22:17
discussed [1]
26:18
discussion [1]
26:10
disposition [1]
18:6
disregard [1]
13:5
dissipate [1]
21:6
dissipates [1]
28:14
district [14]
1:1,2 23:14
29:24 45:13

46:7,14,21
47:6,9,23 48:8
51:20 53:10
DMV [1] 54:25
do [57] 4:3,3
5:12,24 8:7
14:7 15:12
17:16 19:19
21:7 24:4,11,25
27:10 28:25
29:9,15 30:7
31:5,22,22,23
32:3,22,23,24
33:6,7,8,9,10,2
1
35:3,10,11,19,2
1 36:8,9,10
37:5,7,16,20,24
40:23 42:18
43:10,11,12
46:6 47:1 52:24
53:2,11 54:1,12
document [2]
15:23 20:15
does [8] 12:2
14:22 17:19
20:19 23:18
46:25 47:12
50:9
doesn't [7] 13:13
17:8,9,9,10
24:21,22
doing [7] 9:16,18
19:25 24:13,15
34:25 35:1
dollars [2] 12:18
28:24
done [3] 34:15
40:20 54:17
don't [20] 25:13
27:11 28:21
29:17,18 30:20
31:5 36:3,22
37:5 41:10,12
42:10,14 43:4,9
46:9 48:25
52:10,14
down [2] 39:13
53:15

downfall [1] 10:1
drive [2] 45:2
  50:6
driver's [2]
  53:6,9
driving [1] 54:4
drug [1] 43:18
drug/alcohol [1]
  43:21
drugs [1] 17:9
due [1] 25:12
duty [1] 6:2
dyslexic [1] 7:13

**E**
each [2] 30:20
  43:9
earlier [4] 8:20
  9:23 10:3 31:12
easily [3]
  12:19,20 15:14
eastern [11] 1:2
  23:14 29:24
  45:13 46:14,21
  47:9,23 48:8
  51:20 53:10
ECF [1] 20:15
economic [4]
  25:18,19 29:10
  31:17
ed [1] 55:16
EDPA [3] 32:7
  47:16 50:5
efforts [1] 14:6
eight [1] 13:21
electronic [2]
  43:23 56:1
else [3] 31:5
  32:17 40:13
email [1] 9:13
emails [1] 9:12
employment [1]
  44:22
end [4] 6:2,25
  12:24 53:14
endangering [1]
  51:12
enforcement [1]
  44:25

engage [1] 21:7
engaged [3] 22:8
  30:4 44:20
enough [2] 32:4
  54:18
ensure [2] 14:22
  16:21
entered [2] 13:15
  16:16
entities [3]
  16:15 20:11,16
escrow [1] 34:8
esquire [5]
  1:18,19
  2:1,8,13
estimates [2]
  11:20 12:16
ethical [1] 54:13
even [6] 10:19,22
  13:23 24:12
  33:16 51:14
ever [1] 22:24
every [8] 11:15
  20:21 22:5,5
  39:6 43:3,9
  44:24
everybody [3]
  5:16 40:13
  54:19
everything [4]
  9:8 11:9 37:22
  39:21
everything's [1]
  41:11
evidence [4]
  9:8,11 10:5
  44:13
exactly [4] 10:3
  14:4 34:18 38:2
example [1] 25:25
except [1] 54:24
exception [1]
  47:16
excessive [1]
  43:18
excuse [4]
  11:1,21 15:1,3
excused [1] 4:7

expenditure [1]
  39:6
expenditures [6]
  41:14,16,17,17,
  18 45:23
expense [1] 38:15
expenses [4] 8:23
  20:20 27:7
  36:19
explain [1] 29:1
express [1] 23:7
extent [2] 10:16
  29:11

**F**
facet [1] 11:15
facing [1] 10:7
fact [8] 3:7
  15:22 17:6
  18:22 19:13
  21:24 29:7 46:9
factor [3] 9:7
  17:14,16
factors [3] 10:6
  23:4 25:24
facts [2] 12:9
  16:8
failure [1] 18:18
fair [1] 11:21
false [5] 7:21
  9:14 13:3
  14:16,20
familial [1] 19:5
family [5] 18:12
  19:1,23 27:9,12
far [1] 50:4
fast [2] 4:3,4
fast-forward [1]
  11:10
favor [2] 19:12
  23:5
FBI [3] 13:8 14:3
  21:13
features [1]
  50:18
February [2] 11:1
  19:24
federal [2]
  18:2,5

few [2] 23:10
  25:22
fifth [1] 25:13
figure [1] 31:23
file [1] 11:11
filed [6] 5:22
  6:5,10 11:1
  21:25 39:20
filings [2] 12:10
  23:16
fill [1] 53:11
filter [2]
  38:3,15
final [2] 24:14
  45:20
finally [3] 12:23
  14:23 15:17
finances [1] 25:7
financial [9]
  9:16 10:9,17
  25:4 36:18
  37:12 44:14
  45:3,21
financially [2]
  9:16,17
find [5] 14:5
  29:8,9,13,15
finding [1] 29:8
findings [3] 3:7
  29:4,7
finds [1] 44:14
fine [2] 35:4
  38:17
finished [1]
  54:20
firearm [1] 45:18
firearms [8] 6:3
  17:25 18:2,2,5
  22:19 30:1
  45:18
firm [1] 36:18
first [10] 4:4
  5:24 7:25 10:7
  11:18 13:7 15:7
  17:10 29:3,8
first-born [1]
  32:19
five [1] 34:24

flee [6] 10:21,25
  12:5 14:22
  19:19 21:7
flight [7] 6:15
  10:7 16:2,21
  18:24 22:10
  29:15
following [2]
  43:7,24
for [59] 1:18 2:1
  3:3,4,5
  4:12,14,24
  5:13,16 6:23
  8:4,22 12:13,14
  14:5 15:2,24
  16:2,4 17:5,20
  19:3 20:20
  21:14 22:7
  23:1,7,17,20
  25:2,25 26:14
  28:10 29:22
  32:14,17,19
  33:11,24
  34:5,8,11
  35:5,6,8,11,25
  36:22 37:1
  40:11,12 41:1
  46:9 51:6 52:20
  54:19 55:3,13
foregoing [1]
  55:25
form [1] 53:11
forms [1] 34:1
forth [1] 20:20
fortunate [1]
  20:3
found [2]
  13:15,25
four [2] 2:3 23:4
Francis [2] 1:18
  5:1
fraud [10] 7:7
  10:1 17:12,13
  18:21,21
  22:23,23 26:2
  31:24
frauds [1] 31:2
freedom [1] 30:15

from [33] 6:4
  7:9,18,23
  9:13,21 12:9,21
  16:13 18:4,13
  20:15 21:16,24
  23:22 27:18,21
  29:18,21 30:1,8
  31:24 33:20
  36:21 37:9
  40:25 41:7,20
  43:18 45:17
  46:23 50:18
  55:25
front [1] 22:6
fund [1] 9:22
further [6] 18:9
  20:2 25:9,13
  28:15 36:20


                G
gateway [1] 2:3
gave [2] 25:4
  31:21
get [11] 8:15
  11:15 13:23
  32:2
  33:16,21,25
  39:21 40:20
  50:12 55:14
gets [2] 54:10,25
getting [4] 10:6
  12:23 33:24
  34:6
give [11] 5:18
  14:20 15:9
  19:25 26:3
  31:2,3 34:17
  43:25 54:24,25
given [3] 8:10
  32:18 47:6
gives [1] 32:18
glaringly [1]
  21:24
glasses [1] 35:20
global [2]
  45:10,11
go [26] 9:8 10:24
  13:11 17:14
  21:22 29:25

32:19 33:10,18
34:5,7,7 36:20
38:15 42:12
45:14 47:7,17
51:20,20,22
52:16 53:8,20
54:9 55:14
**goes** [8] 9:22,22
10:11 17:19
18:24,25 32:20
34:18
**going** [38] 6:24
7:1,21 9:8
10:24 11:12,15
12:20,21 14:4,8
19:1 22:2
24:4,16 25:21
26:2,25 27:1
28:3,14 29:3
33:23 34:10
36:15 38:14
39:16 40:19
42:11 44:6,18
45:11,25 46:17
47:14
51:13,19,24
**gone** [1] 22:7
**good** [3] 4:12
35:24 46:2
**google** [1] 48:11
**Gordon** [18] 2:8
4:15,16,19,19,2
3 36:1
39:10,12,14,18
41:9,13 46:11
48:1,3 55:10,19
**gosh** [1] 41:4
**got** [4] 13:17
15:13 26:22
27:2
**government** [25]
5:16 9:9 10:15
16:7,12,15
17:13,18 18:19
19:8,13 20:4,9
21:2,3,16
22:3,20 23:9,19
30:20 36:20

39:19 46:15
54:2
**government's** [7]
16:25 19:16
21:24 26:21
37:9 46:24
53:23
**GPS** [5] 31:6,13
45:10 47:5
49:17
**great** [3] 13:18
18:19 46:19
**greatly** [1] 10:19
**greenside** [2]
45:2 46:23
**gross** [1] 23:2
**grossly** [3]
9:16,17 15:20
**group** [12]
8:1,11,12
11:19,20,25
12:3,13 20:8
26:12 45:3,21
**guidance** [1]
43:17
**guidelines** [4]
10:13,16,19,20
**guilty** [2]
10:14,23
**guns** [1] 17:9

**H**
**hac** [3] 2:6 4:13
55:4
**had** [23] 6:1
13:9,20,22
14:11,17 15:8
18:1,22 20:4
21:17 23:20,25
24:3,9 31:11,16
34:2,2,25 36:13
37:12 51:17
**half-a-million**
[1] 30:17
**hallway** [1] 26:10
**hand** [2] 41:1
54:7
**handle** [3] 26:3
28:2,3

**handled** [2] 23:16
27:23
**hanging** [1] 43:2
**happened** [2] 10:3
20:7
**harassed** [1]
55:16
**harkening** [1]
15:11
**harm** [1] 10:17
**has** [38] 5:16 6:1
9:9 10:21,25
11:20,21
12:3,11 15:24
16:11
17:15,18,21
18:7,11,16,18
20:9,10
22:4,5,13,23
23:8 26:11
29:24 30:2,15
33:25 36:8
38:15 44:14
46:9,15,20
50:18 53:4
**have** [68]
5:18,21,23
9:11,12,19
14:19 16:13
17:6,23
18:12,23 21:19
22:8,21 23:7,25
24:25 25:22,23
26:21 27:6
28:10,11,14,23
29:17,19,19
30:2 31:23
32:19 33:2,6,21
34:24
35:3,10,11
37:17 38:1,14
39:22
42:1,17,18,19
43:4,14,14
44:19
45:5,18,21 46:6
47:1 48:5
49:8,20
50:1,6,7

51:4,24 **53:**6
**54:**17 **55:**11,13
**haven't** [1] **27:**19
**having** [4] **25:**16
27:11 **28:**23
**30:**1
**head** [1] **40:**6
**hear** [3] **23:**22
30:23,25
**heard** [2] **5:**16
26:7
**hearing** [2] **1:**12
**4:**25
**heavily** [1] **23:**4
**he'd** [1] **50:**6
**he'll** [4] **30:**5
34:7 **54:**9,10
**heller** [60] **1:**8
3:4 **4:**2 **7:**3,19
8:5,11,14 **9:**12
10:7,11
11:1,5,14,17,18
,20,25
12:2,3,8,11,13,
18 **13:**12,25
14:3 **15:**6,12
16:4,11,16
17:2,21 **18:**1,11
19:15,16,19
20:8,8,11,12,13
,16,16,22
21:1,17,21
22:18 **23:**10
26:11,12 **35:**16
36:8,14 **40:**2
43:6 **45:**4
**heller's** [6] **8:**22
12:24 **13:**15
17:22 **23:**4
36:21
**hello** [1] **4:**16
**help** [3] **5:**17
15:19 **36:**13
**her** [3] **23:**21,22
52:24
**here** [17] **4:**17
5:13 **10:**3 **11:**5
12:21 **20:**3,5
21:10 **23:**7

27:24 **28:**16
29:16 **37:**15,17
40:21 **49:**20
52:21
**here's** [3]
28:7,18 **33:**6
**he's** [35] **6:**15
10:8,12,21
11:8,9,19 **12:**8
14:7 **15:**13
16:21
18:14,20,21,23
19:1 **21:**3,5,21
22:2,4 **24:**15
25:18 **28:**13,14
29:18 **30:**5
31:6,7 **33:**3
37:2 **47:**4 **51:**14
54:15,22
**hid** [1] **14:**4
**high** [1] **7:**3
**him** [20] **7:**6 **9:**13
18:14 **20:**25
22:6 **28:**15 **30:**7
31:23 **32:**18,19
34:5 **36:**9 **37:**18
38:18 **47:**5,7
51:12,13 **52:**18
53:8
**himself** [2] **16:**17
19:23
**hired** [2]
19:19,20
**his** [75] **6:**4
8:14,16,24 **9:**13
10:14
11:6,14,18
12:3,6,15
13:2,3,5,9,10,1
6,17 **14:**1,20
15:13 **16:**17,17
17:14,22,23
18:3,8,12,13,14
,14,14
19:2,2,4,4,4,6,
18,23,23
20:1,4,13,14,22
21:15,18
24:10,10

29:21,23 **30:**4,8
31:2,13 **32:**6
33:4,6 **36:**14
37:12 **40:**6
44:21 **46:**17
47:14 **48:**5
51:9,14,21
52:24 **54:**7,9,12
**history** [3] **19:**11
21:9 **22:**13
**hit** [2] **7:**3 **14:**3
**hmm** [1] **50:**25
**hold** [8] **37:**21
46:13 **52:**15,19
53:23 **54:**6,7,23
**holdings** [6]
11:18,25
12:3,8,11 **26:**12
**home** [10] **13:**15
19:18 **45:**5,6
46:17 **47:**2 **48:**8
50:16,19 **51:**14
**homework** [1]
40:20
**honor** [99]
4:6,10,16,17
5:1,3,6,21
6:17,19,24 **9:**24
10:4,24
11:4,11,23
12:5,23
13:8,14,19
14:2,8
16:1,5,6,23
17:3,17 **18:**16
19:1,14 **20:**2,21
21:13 **22:**2,16
23:1,6,13,22
24:6,13,24
25:3,10 **26:**5,7
27:9,16,21
28:10 **29:**5,6
30:9,22,24
31:11 **32:**6
33:2,7,9
34:9,20
35:14,15,21
36:1 **37:**15
40:23 **41:**23

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

42:13 44:3
46:4,15 47:25
48:4,10,12
49:19 50:1,7,24
51:2,3
52:4,12,15 53:7
54:3,14,21
55:8,10,15,18,1
9,21
honorable [1]
 1:13
honor's [1] 22:17
hop [1] 33:18
hope [2] 16:6
 53:3
hopeful [1] 39:12
hoping [1] 31:22
horrible [1]
 23:12
host [1] 22:16
hours [3] 17:22
 21:15 50:6
hour's [1] 23:6
house [4] 8:23
 13:9,11 21:18
housekeeping [1]
 5:5
how [13] 9:16,18
 11:12 24:4
 27:22 28:2
 31:3,22 38:20
 39:2 50:4,9
 53:2
however [6] 5:12
 9:10 11:16
 15:14 29:15
 45:6
humble [1] 23:2
hundred [1] 7:11
hypothetical [1]
 23:11


         I
id [14]
 33:6,15,22,24,2
 5 34:1,2,6,6
 53:1,2,18,19
 54:9
idea [1] 49:8

identified [1]
 14:13
identifies [1]
 16:15
if [42] 5:16 6:22
 10:8,11,14,22
 13:16 14:7
 15:23 17:3 21:3
 22:20,20
 23:13,21 27:5,5
 28:9,13,14
 29:17 30:6,7,20
 31:2,5,20 32:19
 33:21 37:16,17
 38:9 40:2,20,20
 42:10,12,17,18
 43:9,21 53:14
I'll [7] 8:24
 14:23 34:9
 37:11 42:16,20
 54:25
I'm [43]
 7:1,13,15
 9:8,25 10:6,24
 11:15
 12:20,20,21
 13:2,3,5 14:8
 20:3,15 24:5,16
 25:16,21 26:2
 29:3 30:24
 33:23 35:13,24
 40:19 41:1 44:5
 45:25 46:10,17
 47:18,25
 49:9,10
 51:3,13,19
 53:12 54:20
 55:12
immediately [1]
 37:2
impact [1] 36:15
impede [1] 14:6
important [1]
 20:3
importantly [1]
 17:12
impose [1] 13:1
imposed [4] 16:1
 22:18,22 45:8

impossibility [1]
 23:12
inasmuch [1]
 30:13
incarcerated [1]
 27:6
incarceration [2]
 10:8 45:6
incentive [1]
 10:21
incident [1] 25:6
include [3]
 20:12,19 39:15
included [2] 16:9
 52:14
includes [1]
 19:13
including [1]
 44:25
incomplete [1]
 25:11
inconsistent [1]
 22:14
incorporated [1]
 43:1
increase [2]
 10:19 12:16
incumber [1]
 20:17
incumbered [2]
 30:10,16
incurred [1] 9:2
index [1] 3:1
indicating [1]
 24:10
indications [1]
 31:1
indicted [1] 21:5
indictment [6]
 7:4 8:18 9:5
 14:13,24 22:8
indiscernible [1]
 40:6
individual [2]
 24:21,23
individuals [5]
 20:12,16 24:3
 30:4 44:20
indulge [1] 16:6

information [11]
  5:17 10:10 15:4
  20:9,23,23 21:8
  22:9 25:5,11,14
initial [4] 32:23
  42:25 43:3,4
ink [2] 42:11,12
innocent [1] 5:17
in-person [1]
  43:14
inquire [1] 25:9
inquiring [1]
  25:13
inside [2] 22:24
  43:2
instance [1] 31:1
instead [2] 12:5
  30:6
intact [1] 46:3
intend [1] 29:17
intended [3] 17:4
  23:20 40:21
interest [1]
  29:20
interesting [2]
  21:12 24:13
into [5] 8:7
  11:15 13:20
  16:16 54:25
inure [2]
  17:14,19
inures [1] 19:6
inventory [1]
  15:2
invested [1] 7:20
investigating [1]
  10:16
investigation [3]
  13:3 14:6 19:17
investigators [2]
  13:21,24
investment [6]
  8:1 9:25
  12:8,11 20:8
  26:12
investor [11] 7:8
  8:2,7,13,15
  9:5,15,20,20,21
  10:1

investors [13]
  7:22 8:4,17,21
  9:3,23 10:3
  14:13,19
  15:2,8,10,14
involve [5]
  17:9,9,9,10
  25:7
involved [4] 7:7
  9:5 19:20 29:11
involves [1] 19:9
isle [1] 8:23
isn't [1] 38:6
issue [10] 17:7
  18:10 21:12,13
  25:13 36:7
  46:6,7 52:4,12
issued [1] 32:23
issues [1] 10:16
it'll [1] 39:11
its [3] 17:18
  19:13 25:4
it's [49] 6:14
  7:14 9:22,23
  10:4 13:18 14:2
  16:5 18:24 20:3
  21:4,23 22:1
  23:3,21 24:13
  26:22
  27:2,20,22
  28:17 30:16
  34:4,15 35:4
  38:9,11,24
  39:16,20
  40:21,22 42:6
  43:15,20
  44:17,17 47:1
  48:21,22
  49:6,19,22
  50:3,5 52:14
  53:14 54:6,13
itself [2] 19:9
  23:17
I've [3] 22:18
  32:18 47:6

J

Jenemann [7] 1:19
  5:9 38:2,4
  49:18,23 55:18
jersey [13] 8:23
  11:2 32:7,14
  45:15 47:24
  48:2,6,9 50:13
  51:5,21 53:14
job [2] 8:3 46:2
john [2] 1:19
  38:2
joking [1] 53:3
judge [11] 1:14
  16:14,14 24:14
  29:12 32:22,23
  36:17 37:8
  49:18,21
July [1] 21:1
jurisdiction [3]
  19:24 37:8,8
just [31]
  5:5,15,25 7:1
  10:20 16:7
  17:16 23:11
  25:3 31:23
  35:13,16
  38:9,17 39:12
  40:6 42:20,22
  43:3,4 44:17
  46:24 48:11
  50:5,10,15,17
  51:4,14 52:8
  54:4

K
keep [3] 33:24
  34:9,12
keeps [1] 40:6
kind [2] 32:18
  52:25
kite [1] 32:3
knew [4] 19:18
  21:1 24:1 35:6
knock [1] 13:11
know [21] 6:1,3
  10:11 11:11
  16:5 25:13
  27:11,15,16
  29:18 31:5 34:2

35:7,8 **42**:10
**44**:17 **46**:9
**48**:25 **51**:23,24
**52**:12
**knowledge** [1]
  **30**:4
**knows** [1] **13**:8

**L**
**laid** [1] **10**:10
**Lancaster** [8]
  **7**:9,19 **13**:4,6
  **14**:10,25 **18**:13
  **46**:21
**language** [1]
  **36**:13
**laptop** [5] **14**:1,3
  **21**:12,18 **22**:1
**large** [2] **8**:20
  **14**:14
**last** [4] **4**:3
  **17**:23 **24**:5
  **42**:25
**late** [2] **16**:5
  **23**:7
**later** [1] **13**:13
**law** [4] **3**:7 **17**:3
  **29**:7 **44**:25
**lawyers** [1] **20**:22
**learned** [1] **19**:16
**least** [2] **15**:6
  **51**:7
**least-restrictive**
  [1] **16**:20
**leave** [2] **51**:19
  **54**:24
**left** [2] **35**:3
  **41**:3
**legal** [4] **2**:22
  **22**:5 **56**:4,7
**legally** [1] **18**:1
**legible** [1] **39**:17
**less** [3] **22**:16,23
  **47**:5
**let** [5] **21**:22
  **25**:21 **27**:15
  **29**:3 **32**:19
**let's** [2] **29**:2
  **31**:22

**letter** [1] **16**:10
**level** [1] **15**:24
**liabilities** [1]
  **11**:4
**liberal** [1] **51**:15
**license** [2] **52**:25
  **53**:6
**licensed** [1]
  **43**:20
**licensee** [2]
  **18**:2,5
**lie** [3] **22**:2,2,3
**like** [13] **10**:1
  **12**:12 **14**:10
  **17**:17 **22**:1
  **29**:17
  **42**:11,14,19
  **44**:17 **47**:1 **50**:6
  **53**:14
**limited** [1] **29**:13
**Lindsey** [1] **4**:6
**line** [1] **22**:16
**liquidate** [1]
  **11**:25
**liquidation** [1]
  **26**:14
**list** [4]
  **15**:17,18,19
  **39**:20
**listed** [2] **4**:24
  **11**:3
**listened** [1]
  **25**:16
**listening** [2]
  **7**:15 **25**:17
**literally** [2]
  **36**:24 **44**:18
**Lititz** [1] **45**:2
**little** [1] **8**:19
**live** [2] **19**:3,5
**Livingston** [1]
  **2**:15
**LLC** [3] **8**:11,12
  **12**:8
**LLCs** [1] **8**:1
**local** [2] **19**:6
  **33**:16

**location** [4]
  **21**:13 **22**:21
  **31**:12 **45**:7
**logged** [1] **13**:20
**long** [2] **24**:4
  **50**:9
**longer** [1] **37**:2
**look** [2] **22**:1
  **29**:2
**looking** [8] **4**:14
  **10**:12,21 **12**:20
  **40**:10,12,22
  **46**:11
**lose** [1] **29**:17
**loss** [1] **17**:4
**lot** [1] **5**:23
**love** [1] **28**:25
**luma** [7] **36**:18
  **37**:12 **39**:22
  **40**:1,4 **45**:3,21

**M**
**made** [9] **8**:6 **9**:3
  **12**:10 **18**:22,23
  **22**:1 **25**:11,20
  **35**:24
**magistrate** [1]
  **1**:14
**magistrate's** [1]
  **6**:2
**mail** [1] **53**:18
**mailing** [1] **53**:15
**main** [1] **45**:20
**maintain** [1]
  **44**:21
**make** [9] **5**:25 **8**:3
  **16**:21 **19**:25
  **31**:6 **34**:4 **46**:3
  **54**:10,19
**makes** [1] **23**:19
**making** [3] **35**:16
  **47**:18 **54**:4
**male** [1] **35**:7
**manage** [1] **28**:24
**managed** [2] **8**:1
  **29**:10
**management** [2]
  **8**:11,12

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

managing [1]
  27:22
Mansfield [3]
  48:21,23 49:1
many [4] 7:8,18
  38:20 39:2
map [1] 48:11
marathon [2]
  6:2,25
march [1] 13:20
market [3] 2:10
  11:21 12:11
married [1] 19:2
marshal [1] 46:9
materially [1]
  7:20
matter [5] 21:3,4
  25:6 26:8 56:2
may [11] 4:7
  6:17,18 13:1
  24:3,19 26:1
  31:25 43:14,14
  45:14
maybe [3] 6:21
  25:12 35:17
McManimon [2]
  2:14 23:15
me [23] 4:13 5:16
  11:1,21 15:1,4
  16:6 17:23
  21:3,21 27:15
  29:3 32:22 35:5
  36:13 39:1
  42:20 43:25
  46:10 53:18
  54:25 55:3,13
mean [5] 9:20
  12:2 27:4,16
  38:25
means [9] 10:25
  11:8 12:2 16:20
  20:21 22:17
  23:9 30:17 43:9
meant [1] 7:16
media [3] 2:22
  56:4,7
medical [4] 2:22
  43:20 56:4,7
meeting [1] 32:14

member [2]
  27:9,12
memorandum [1]
  14:9
mental-health [1]
  43:16
mentioned [1]
  20:4
met [3] 21:2,7
  35:15
middle [2] 46:7
  47:6
might [1] 52:2
million [12] 7:20
  11:4,21,22
  12:4,4,12,12,17
  ,17 26:13,13
millions [4]
  12:17,18,18
  28:24
mills [1] 4:6
minors' [1] 17:9
minute [3] 40:24
  46:13 52:19
minutes [4] 13:13
  25:22 34:25
  37:10
misappropriation
  [1] 9:19
misrepresentation
  [1] 19:10
misrepresentation
  s [2] 18:22,24
money [26] 7:21
  8:2,4,7,13,15,1
  6,19,20
  9:15,20,20 10:1
  12:1,5
  15:9,9,14 23:11
  26:22
  29:12,17,17
  30:19 43:10
  53:12
monies [1] 30:16
monitor [1] 22:21
monitoring [10]
  29:12 31:6,6,12
  43:23 44:3,15
  45:9 47:5 52:1

month [2] 20:21
  21:5
monthly [1] 7:22
months [2] 13:21
  21:2
more [5] 6:21
  17:12 31:17
  51:14 54:4
morning [4] 6:5
  16:10 18:3
  21:16
most [2] 14:12,20
motion [6] 6:10
  10:10,15 12:24
  13:14 25:15
motions [2] 5:22
  6:5
motor [1] 52:18
mouse [3] 12:5,19
  23:10
move [1] 14:8
much [4] 16:7
  22:5,23,24
mulberry [1] 2:4
multiple [1]
  38:24
musical [1] 4:21
must [6] 41:8
  44:21 45:2,7,23
  52:23
my [31] 4:7 9:10
  10:10,15
  12:20,24 13:14
  14:9 16:9 21:23
  23:2 24:14
  27:18,21 28:1
  29:4 31:16
  32:7,19
  34:2,2,9
  35:20,24,25
  37:7 45:21 48:4
  53:13,18 54:24
myself [1] 28:25

**N**
name [3] 4:9 27:3
  28:24
namely [1] 7:21

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

narcotic [1]
  43:18
nature [7] 16:24
  17:1 19:9
  25:12,17 36:25
  38:18
near [2] 48:13,15
nearby [2] 19:3,5
nearly [1] 19:17
necessarily [1]
  31:1
necessary [5]
  15:5 16:20 40:5
  43:22 54:6
need [12] 11:11
  14:4 27:7,8
  29:10 31:5
  34:25 35:25
  41:23,23 42:24
  46:25
needed [1] 35:1
needing [1] 33:10
needs [1] 34:7
negotiated [2]
  23:16 24:10
network [1] 14:17
never [4]
  18:11,18
  22:4,24
new [19] 8:23
  10:1 11:2
  32:7,14
  45:14,15,21
  47:24 48:2,5,9
  49:3,6 50:13
  51:5,21 52:20
  53:14
Newark [2] 2:5
  48:5
next [1] 44:11
nick [1] 52:10
night [1] 17:23
NJ [2] 2:5,16
no [37] 7:15
  14:21 15:24
  16:11
  18:12,16,17
  19:19 20:10
  21:7 23:23

25:18 28:11
30:2,15 35:11
37:2 40:14
41:12,24 42:22
43:25 44:5,19
45:5,5,5 47:5
49:8 50:7 51:4
52:2,17,17,19,1
9,19
non-debtor [2]
  20:7 24:16
nonviolent [3]
  17:8 22:4 25:17
nor [1] 22:12
normally [1]
  14:14
north [5] 45:3
  47:15 48:21
  49:14,15
northwest [1]
  48:23
not [71] 5:3,12
  9:8 11:15
  12:20,25 13:20
  14:19,22
  16:17,18,21
  17:3,16,19
  18:8,24,25
  20:16,19 21:3,4
  22:6,10,11
  23:2,3,9,11,13
  24:11,19,21
  25:9,23
  28:13,23
  29:3,8,18
  30:23,25 31:9
  32:2
  33:5,7,8,9,14
  34:10 35:20,25
  36:7 37:7,20,24
  38:11 43:2,4,22
  44:18 45:14,20
  46:10 47:23
  48:2 50:3
  51:9,13 52:20
  54:6
nothing [1] 18:12
November [2]
  14:24 15:15

now [12] 10:11
  11:5 13:21 18:8
  19:8 28:13
  33:15 35:24,25
  38:20 46:11
  52:7
number [6]
  9:14,17 13:24
  14:19 16:24
  31:16
numbers [1] 7:13

O
oath [2] 14:11
  54:13
object [1] 51:18
objection [2]
  50:7 51:4
objections [2]
  6:10 16:9
obligation [2]
  22:6 54:13
obligations [1]
  24:19
obstruction [1]
  13:2
obstructionist
  [1] 18:20
obstruction-
  related [1]
  13:7
obstructive [1]
  14:6
obtaining [1]
  45:17
obviously [1] 9:7
October [2] 19:17
  21:13
off [2] 12:14
  45:11
offense [4] 16:25
  17:1,8 19:11
offenses [3] 9:12
  10:9 22:4
offensive [1]
  22:7
offer [1] 27:19

office [6] 1:20
  13:15 14:1 32:7
  48:4 50:23
officer [7] 44:24
  50:7,10,13
  51:3,9,12
official [1] 56:1
often [2] 50:22
  51:1
oh [6] 30:24
  35:17 40:9 41:4
  42:3,6
okay [23] 4:11
  5:4,19 7:16
  23:24 28:12
  30:18 31:14
  34:20,23
  39:18,25 40:3,9
  41:25 42:9,24
  44:2 47:11,22
  49:23,24 50:17
old [2] 18:11
  22:1
older [1] 19:4
on [46] 5:23 8:19
  9:10 10:8,10,12
  13:8,16,25
  14:2,10 15:7,15
  20:15 21:21,23
  22:7,18,22
  26:3,7,10,14
  31:3,17 32:2
  33:13,16
  36:5,14,15,21
  37:21 38:22
  39:2,5,15 40:17
  43:7,19 44:7,11
  47:4 52:1,13,19
once [4] 8:15
  34:6,15 53:20
one [13] 5:5,24
  17:16 18:14
  19:17 26:7
  40:21,23,24
  46:13 48:5 52:4
  53:9
ones [3] 4:3,4
  20:13

ongoing [2]
  27:1,7
only [8] 16:17
  30:9 31:8 33:24
  34:5,11 47:17
  52:9
on-track [1] 35:4
oops [1] 45:4
operate [2] 8:13
  15:5
operating [1]
  14:14
operations [2]
  7:23 8:1
opposed [1] 51:12
opposite [2]
  17:20 19:14
or [40] 6:16 7:10
  14:20 15:13,18
  20:17 22:24
  23:9 24:22
  25:23 26:2
  28:14 29:13,13
  30:3 31:24
  32:3,22
  33:11,15 35:11
  36:7 40:6
  43:8,14,18,18
  44:15,20,24,25
  45:3,6,7,10,17
  51:23 52:24
  54:10,10
order [23] 4:1
  14:24,25 15:6
  16:13 18:9
  20:6,11,24
  23:8,16,17
  24:15,22
  27:9,14 30:14
  31:16 32:23
  39:15 50:2
  52:14 54:9
ordered [3]
  15:1,4 53:4
orders [3] 13:5
  15:25 37:3
ordinary [1]
  20:19

other [17] 6:9
  8:5,10 9:2 10:6
  12:22 14:18
  23:25 24:3 26:3
  32:3 35:4 43:19
  44:8 45:20
  50:18 51:14
others [1] 8:7
ounce [1] 32:1
our [3] 14:2
  25:15 26:10
out [19] 7:25
  10:4,10,15
  13:13 14:5 30:2
  31:22,23 35:15
  37:18 44:4,5,6
  49:9 50:21,22
  51:1 53:11
out-of-state [1]
  29:25
outside [7] 25:22
  33:5,11,14
  50:14 51:6,22
over [9] 8:14 9:4
  12:24 15:18
  32:4 42:12,21
  43:4 50:5
overreach [1]
  23:2
overstated [3]
  9:17,17 15:20
overwhelming [1]
  9:11
owe [2] 30:19
  43:10
owned [3]
  14:12,18 15:3
owner [2] 11:19
  12:9
owns [1] 18:1

**P**
p.m. [9] 26:6,6
  35:9,9 36:6,6
  40:25,25 55:22
pa [6] 1:22 2:11
  45:3,3 46:18
  53:6

page [6] 3:2
   13:14 44:8,11
   45:4 52:23
paid [2] 8:5 27:7
paper [1] 40:17
papers [3] 7:1
   17:14,18
paperwork [1]
   5:23
paragraph [3]
   20:14,19 42:25
paramount [13]
   8:11,12,16,19
   9:2,22 14:11,15
   15:1,4,7,9,21
paramount's [1]
   14:17
parents [2] 18:13
   19:2
part [4] 8:20
   42:22 44:15
   54:12
particular [2]
   29:19 30:25
parties [3] 25:22
   35:10,11
partner [1] 23:15
party [2] 27:2,14
pass [1] 33:4
passed [1] 15:23
passport [16]
   17:22,23
   29:21,22
   33:6,16,24 34:2
   52:12,15,15,21,
   24 53:9,21
   54:11
past [1] 12:25
pay [14] 8:22
   9:1,23 10:2
   11:12
   12:1,15,20 15:9
   27:1,6,8 44:15
   53:11
paying [1] 12:6
payments [2] 7:22
   20:19
penalties [1]
   10:9

pending [1] 16:3
Penn [1] 48:13
Pennsylvania [16]
   1:2 23:14 29:24
   45:14
   46:8,14,21
   47:9,23 48:8,24
   49:7 50:11 51:5
   53:9,10
people [7] 6:21
   14:18 15:19
   23:25 29:16
   30:6 31:24
people's [1] 26:1
period [3] 9:4
   10:8 13:23
permission [4]
   29:24 32:18
   50:2 51:6
permit [1] 32:21
perpetrate [3]
   26:2 31:2,25
person [3] 21:10
   37:12 40:21
personal [5] 8:22
   30:8 37:13
   39:22 45:22
personally [1]
   15:18
perspective [4]
   27:18,21 37:9
   46:24
Philadelphia [3]
   1:22 2:11 33:20
phone [6] 13:10
   21:21 32:2
   35:24 43:15
   45:12
phraseology [1]
   32:18
physical [1] 29:9
picking [1] 52:8
picture [1] 21:25
piece [1] 40:17
pit [1] 52:10
Pittsburgh [1]
   33:20
place [9] 9:4
   24:1 27:8 29:19

   37:10 45:19
   53:9 54:11,18
places [3] 4:22
   12:22 47:7
Placona [3] 2:13
   23:14 38:19
plaintiff [6]
   1:5,18 3:3,5
   6:23 25:2
plaintiff's [1]
   15:2
plan [8]
   11:11,15,16,19,
   23 12:12,16
   27:8
played [1] 10:4
plead [1] 10:23
pleads [1] 10:14
pleas [1] 13:5
please [2] 43:6
   54:19
pointed [1] 10:15
points [1] 7:3
position [2] 14:2
   26:21
positioning [2]
   45:10,12
Poslusny [1]
   16:14
possession [11]
   6:4 8:16
   11:8,24 12:14
   18:8 34:5
   37:1,2,18 39:9
possible [2] 7:14
   44:23
potential [2]
   30:3 44:20
potentially [2]
   25:18 33:13
practitioner [1]
   43:20
pre [1] 32:11
preapproval [2]
   45:15 52:3
prefer [1] 30:6
prepared [1]
   17:23

prescribed [1]
  43:20
presence [2]
  13:12 53:4
present [5] 5:9
  22:9 33:25 34:5
  44:21
presently [1]
  38:22
prestige [5] 7:25
  8:3,6,7,20
presume [1] 50:19
presumption [1]
  5:2
presumptive [2]
  17:5 23:3
pretenses [1]
  7:21
pretrial [34]
  1:12 4:25 16:20
  17:21,25 22:15
  25:3,9,10 29:23
  30:5 32:13,17
  34:17,19
  43:13,17,23
  44:16,24 45:16
  47:6,10
  50:2,7,10,13,17
  51:3,3,9,12,23
  52:3
prevent [1] 16:21
primary [3] 11:16
  46:16,20
prior [2] 18:12
  20:17
pro [3] 2:6 4:13
  55:4
probability [1]
  25:21
problem [5] 27:12
  28:9 38:6,13
  39:8
problematic [1]
  37:6
proceed [1] 6:21
proceeding [1]
  8:24
proceedings [2]
  55:22 56:1

process [2] 24:22
  53:20
professional [1]
  31:18
program [1] 44:16
promise [1] 40:24
promptly [1]
  10:23
prop [1] 22:1
proper [1] 54:11
properties [1]
  46:25
property [2]
  46:23 50:3
proposal [1]
  35:11
propose [1] 35:10
proposed [3]
  11:16 31:16
  37:11
proposes [2]
  11:12,24
protects [1]
  31:24
prove [1] 5:17
provide [3]
  15:1,4 39:19
provided [4]
  15:22 16:13
  18:4 20:6
providing [2]
  9:13 13:3
provisions [1]
  25:20
publicly [1]
  21:25
pun [1] 40:21
purchased [1]
  9:15
purpose [3] 23:8
  34:6,13
purposes [3]
  32:14 33:11,24
put [5] 21:21
  39:11 49:17
  52:12 54:18
puts [1] 37:21

**Q**

question [6]
  16:18,19 17:11
  26:25 28:10
  35:11
questioning [1]
  44:25
questions [2]
  22:9 23:8
quickly [2] 6:21
  31:23
quote [2] 21:4
  25:5

**R**

range [3]
  10:13,15 11:5
read [4] 5:10
  6:25 35:17
  40:19
reading [2] 20:15
  35:13
real [12] 14:19
  33:6,15,22,24,2
  5 34:6,6
  53:1,2,19 54:9
really [4] 19:15
  23:21 27:12
  35:3
realm [1] 37:18
reason [1] 17:5
reasonable [1]
  33:11
reasoned [1]
  16:19
reasons [1] 16:2
receive [1] 7:22
received [4]
  5:21,23 8:2
  21:15
recess [4] 26:6
  35:9 36:6 40:21
recognize [3]
  23:6 24:14 55:6
recommendation
  [2] 16:19 25:4
recommendations
  [1] 29:22
record [3] 18:16
  43:5 52:13

recording [1]
  56:1
records [5] 9:19
  14:15 15:21
  18:6,6
red [1] 42:11
refer [1] 5:24
refrain [4] 29:21
  30:1 43:18
  45:17
regard [2] 8:16
  15:24
regarding [2]
  9:14 14:24
release [5] 17:20
  18:9 19:7 29:2
  43:19
released [4] 14:7
  24:24 30:6 43:7
remain [2] 39:9
  46:3
remember [1]
  53:12
remove [1] 36:14
removed [3] 6:3
  22:19 36:21
removing [1]
  38:17
repay [1] 8:20
repaying [1]
  11:16
repeat [2] 16:9
  31:20
reply [2] 3:5
  25:2
report [4] 30:5
  43:13,15 44:23
reports [2] 9:14
  20:23
representations
  [4] 8:3,6,17
  9:3
represents [1]
  12:8
request [3] 23:1
  24:3 50:2
require [1] 39:5
required [8]
  15:18 19:25

30:21 38:22
  39:2 40:1
  41:6,19
requires [2]
  23:13 36:9
requiring [1]
  33:15
reroute [1] 12:21
rescinding [1]
  37:3
reside [2] 45:2
  46:24
residence [4]
  46:16,20
  47:15,17
residential [1]
  45:5
resides [1] 7:19
residual [1]
  31:17
resources [1]
  44:14
respect [4] 15:17
  24:22,22 32:6
respectfully [4]
  23:1,17 24:24
  28:5
response [3] 3:4
  16:4 41:24
responsibility
  [1] 10:22
responsible [1]
  12:14
rest [1] 29:2
restrain [3]
  16:16 23:18
  24:18
restrained [1]
  20:13
restraining [1]
  20:25
restrict [1]
  25:25
restricted [6]
  29:23 45:13
  46:14 47:8,22
  48:7

restrictions [6]
  31:3,17 32:7
  45:6,7 52:7
restrictive [2]
  22:17 51:7
retained [1] 25:8
reverses [1]
  36:25
review [2] 6:1
  12:24
right [28]
  4:23,24 5:15
  10:11 11:5 18:8
  24:25 25:16
  27:25 28:4
  30:11 33:17
  34:16
  38:8,10,12
  40:15 41:15
  43:6 46:1,11,13
  47:7 49:20,22
  51:8,11,25
risk [5] 6:16
  10:7 16:2 22:11
  29:15
road [4] 45:3
  49:14,15 53:17
routinely [1]
  22:22
rub [3] 27:3 30:9
  36:17
rulings [1] 37:19
run [1] 21:6
running [2] 7:6
  29:20

S
safety [1] 47:5
said [16] 7:14
  14:14 17:6,17
  19:8 21:18,22
  31:9,11 32:8
  33:8 38:9 40:6
  41:15 50:17
  52:15
same [7] 11:5
  13:6 14:1
  15:7,12 32:4
  45:12

sari [3] 2:13
  23:14 38:19
satisfied [1]
  24:19
satisfies [1]
  18:9
satisfy [1] 24:18
saw [1] 14:3
say [15] 5:16
  6:25 7:10 12:20
  25:1 32:23
  36:21
  38:4,10,14
  46:17 47:23
  48:2 50:9 52:2
saying [4] 18:19
  24:16 47:1
  50:10
says [5] 17:3
  19:16 20:14
  25:5 32:19
scheme [2] 7:7,25
school [1] 32:20
Scotland [2] 2:14
  23:15
scratch [2]
  44:5,6
scratched [1]
  44:4
scribbles [1]
  42:14
scribe [1] 39:16
sea [1] 8:23
seal [1] 40:25
search [8]
  13:9,9,10,21
  14:4 19:18
  21:14,19
searches [1]
  21:13
seated [2] 6:17
  29:4
second [1] 10:24
secure [1] 54:22
secured [2] 30:7
  54:17
securities [4]
  7:7 17:13 18:20
  22:23

see [5] 4:12
  21:14 25:23
  27:15 40:19
seen [1] 24:9
sees [1] 13:12
sell [2] 15:7
  20:17
selling [1] 12:14
send [1] 23:10
sends [1] 54:10
sense [1] 29:9
sentence [3]
  10:12,14,22
September [2]
  13:25 46:1
serial [1] 13:24
serious [2]
  10:9,21
service [1] 2:22
services [23]
  2:23 16:20
  17:21,25 22:15
  25:9 29:23 30:5
  32:17 34:19
  43:13,16,17,23
  44:16,24 45:16
  47:6,10 51:23
  52:3 56:4,7
services' [1]
  50:2
session [1] 6:25
set [4] 16:10
  20:20 29:16
  54:8
seven-year [1]
  9:4
seven-year-long
  [1] 7:7
several [1] 10:16
shaking [1] 40:6
shall [15] 20:16
  30:1,2
  43:13,16,17,21,
  23 44:14,19,23
  45:17,20,21
  52:20
shared [3] 20:24
  21:8 46:10
she [1] 23:16

sheet [2]
  42:17,19
she's [4]
  23:13,16,20
  39:16
shore [1] 47:2
shortly [1] 21:16
should [17] 16:3
  17:2 22:14 23:2
  24:23,23 25:15
  29:21 35:3
  37:24 38:14
  39:8 42:11 44:7
  45:9 46:24 50:1
show [6] 9:19
  10:6 14:5,15
  19:10 22:8
shows [6] 12:25
  13:20 14:5,21
  15:24 19:15
siblings [2]
  18:14 19:4
sic [1] 52:10
side [1] 6:9
sidebar [2]
  40:24,25
sign [3] 42:24
  43:7 45:25
signatory [2]
  36:14,21
signature [1]
  40:5
signatures [7]
  38:22 39:2,5
  40:1 41:6 43:3
  45:23
significant [3]
  10:7,8,20
similar [1] 14:7
similarly [1]
  12:7
simply [1] 51:4
since [1] 13:20
sister [1] 19:4
sit [3] 11:5 22:7
  53:10
sitting [3] 13:16
  27:5,5

situation [1]
  26:2
skipped [1] 45:4
slightly [1] 7:13
small [1] 35:21
so [72] 5:13,15
  6:2,12,13
  8:3,7,18
  10:5,21 12:2,14
  13:7,17 14:19
  15:11 17:6,13
  19:5,25 20:24
  22:5,24 23:13
  24:18 25:10
  26:2,23,25
  27:3,11,17,19
  29:18
  31:2,13,15,20
  33:1,6,23
  34:4,4 35:4
  36:17
  37:2,13,22,24
  38:9,15,17
  39:13,16 40:17
  42:15 43:2,3,10
  44:5,17 46:20
  47:2,13,16 48:7
  51:7,19,23
  53:6,8,20
sold [2] 14:19
  15:8
solution [1]
  26:20
solve [2] 27:12
  39:8
some [11] 4:3
  25:4,12,20,23
  26:3 27:7
  29:3,10,15
  33:14
somebody [8]
  22:10,11,11,13,
  14,22,23 27:19
somebody's [1]
  17:4
somehow [1] 22:2
someone [3]
  27:3,6 28:24

something [8]
  14:7 17:1
  18:24,25 21:7
  34:25 44:17
  51:14
sometimes [1]
  7:14
son [1] 32:20
soon [1] 44:23
sorry [8] 30:24
  35:6 44:12 45:4
  47:25 49:10
  51:3 55:12
sound [1] 56:1
speak [1] 36:22
speaking [1] 17:6
speaks [1] 23:17
specific [1]
  16:15
specifically [1]
  13:2
specified [1]
  44:16
spell [1] 53:2
spend [2] 8:19
  15:14
stand [2] 15:12
  43:6
standalone [6]
  31:12 44:1,7
  45:9 47:4 51:7
standing [1] 6:22
start [2] 29:3
  32:3
starting [1] 13:7
state [9] 6:15
  33:12 45:14
  48:13 49:21
  50:10,11 51:4,5
stated [1] 29:22
statement [2]
  24:9 28:13
statements [3]
  9:24 10:4 14:16
states [8]
  1:1,3,14 4:2
  5:8 16:14 26:4
  33:6
status [1] 30:14

stay [1] 29:17
step [4] 17:10
  20:2 25:22
  36:20
still [7] 10:15
  11:5,9,17 36:8
  42:7 47:8
stipulated [1]
  17:18
stop [1] 54:13
stops [2] 10:2
  45:1
street [5] 1:21
  2:4,10,24 49:13
strides [1] 18:19
striking [1] 49:9
strong [1] 31:1
subject [2] 17:5
  24:17
subjected [1]
  19:23
submission [2]
  19:14 21:25
submissions [1]
  9:10
submit [4] 9:11
  25:10,14 43:23
submitting [2]
  20:22,23
subsequent [1]
  13:19
substance [3]
  18:17,17 43:19
substantial [3]
  9:1 10:17 19:5
subverted [1]
  15:6
success [1] 26:14
succinctly [2]
  6:14,15
such [2] 8:23
  10:16
sufficient [1]
  19:10
suggest [7] 16:22
  19:7 22:1 23:17
  28:6 33:23
  43:22

suggested [7]
16:7 17:21,25
22:15,18 36:12
51:14
suggesting [3]
36:17 53:23
54:2
suggestion [2]
23:19 28:1
suggests [4]
16:15 19:8 20:9
23:10
suite [2] 2:10,24
suits [1] 19:22
summer [1] 47:2
summoned [1]
43:10
supervising [1]
44:24
supervision [1]
43:17
supplemental [1]
16:11
supposed [3] 8:12
31:7 44:1
sure [7] 5:25
9:25 16:21 31:6
35:16 46:3
54:10
surrender [7]
17:22,24 29:21
30:1 45:17
52:20,23
surrendered [1]
18:1
switched [2]
4:18,20
system [3]
45:10,12 52:1

**T**
take [5] 18:2
21:14,23 24:16
42:16
taken [1] 18:7
takes [3]
37:16,17 50:12
taking [2] 18:19
21:19

talk [4] 8:24
31:23 34:21
39:1
talking [5]
13:2,3,5 27:13
40:5
technically [1]
46:7
technology [1]
45:11
term [1] 52:20
terms [5] 18:10
29:3,16 43:7
46:2
terrorism [1]
17:10
testified [1]
14:11
testifying [1]
14:9
testimony [2]
13:4 14:21
than [3] 35:4
45:20 51:15
thank [22] 4:12
5:19 6:20
16:3,5 24:24
25:15 26:5
29:5,6 36:1,4
48:10
55:2,3,4,8,10,1
8,19,20,21
thanks [2] 40:16
55:10
that's [41]
10:2,3 16:18
17:3,10,15
20:8,11 21:4,10
22:10,11
23:11,12 24:21
26:21 27:22
28:1,5,25 31:15
32:5,16 36:17
37:4,7,8,14
38:2,6 40:14
42:10 43:22
44:3 45:14
46:23 49:25
54:1,4,12 55:6

their [3] 8:4
13:12 17:13
them [13] 6:1
16:17 17:6
18:7,9 21:19,22
24:1,18 27:8
36:22 39:21
43:15
then [16] 9:25
23:24 25:5
33:22
34:6,15,18
36:15,24 39:8
40:19 45:25
51:22 53:18
54:1,10
there [28] 4:4
12:7,12 18:17
19:18 20:7,11
21:23 22:16
25:12,18,20,25
27:3 29:15,16
30:7 31:15
43:25 46:24
49:22 50:12,22
51:1 52:11
53:3,10,21
thereafter [1]
21:17
there's [12] 11:7
14:21 18:16,17
20:24 21:18
25:5 27:6 29:10
43:25 47:5
53:25
these [12] 6:7
8:14 10:5,12,20
12:9 14:12,15
19:9 26:3,12
46:2
they [39] 5:18
6:22 9:18
13:11,11,15,23,
25 15:3 17:5,6
18:8
21:14,14,14,21
25:17 26:1
27:19 29:17
32:20,21,22,22

**34:**1
**35:**13,15,17
**42:**1,6 **43:**14,14
**51:**23 **52:**1
**53:**11,12,14,16,
18
**they'd** [1] **8:**5
**they're** [5] **32:**2
**33:**15 **51:**23
**54:**3,16
**they've** [1] **55:**16
**thing** [5] **15:**13
**24:**5 **32:**4 **40:**23
**45:**20
**things** [10] **8:**5
**15:**11 **20:**12
**24:**11,16 **26:**1
**31:**8,11,24
**37:**21
**think** [25] **5:**12
**6:**15 **24:**4 **25:**20
**26:**1 **29:**16
**31:**8,24 **32:**1
**36:**20 **37:**14
**42:**5 **44:**17 **46:**2
**47:**4,5 **49:**19
**50:**1,15,17 **52:**5
**53:**18,22,22
**54:**15
**thinking** [1]
**13:**17
**third** [2] **27:**2,14
**third-party** [1]
**37:**11
**this** [68] **4:**3,24
**5:**13,22,24
**6:**5,25 **7:**25 **9:**4
**10:**1,8 **11:**1,23
**12:**17,21,23
**13:**3,18,23,25
**14:**10 **15:**24
**16:**10
**17:**2,8,8,12
**18:**2,19
**19:**17,24
**20:**2,6,18
**21:**1,9,12,25
**22:**1 **23:**2,8
**24:**1,13,15,15,2

3 **25:**5,6
**30:**3,25 **31:**9
**32:**23 **33:**11
**34:**8 **35:**4,10
**36:**12 **41:**7
**42:**2,4,5,19
**43:**19 **44:**13,20
**45:**25,25 **53:**23
**those** [22]
**7:**8,18,19,23
**8:**6 **9:**16 **12:**14
**14:**14,18 **15:**5
**16:**2 **18:**2 **20:**12
**21:**10 **22:**21
**26:**15 **27:**6
**28:**14 **31:**8
**37:**14 **39:**3 **52:**5
**thought** [3] **4:**2
**24:**14 **35:**17
**three** [5] **17:**22
**18:**15 **23:**25
**24:**3 **26:**4
**through** [6] **9:**8
**11:**14 **18:**13
**31:**16 **38:**15
**42:**11
**ties** [2] **19:**1,6
**time** [7] **12:**21
**13:**23 **26:**3
**30:**20 **31:**21
**34:**14 **43:**10
**times** [1] **25:**25
**tiny** [1] **46:**7
**today** [4] **4:**22
**20:**3 **28:**24 **35:**6
**told** [3] **10:**20
**15:**19 **21:**3
**ton** [1] **12:**21
**too** [2] **35:**6 **37:**6
**took** [3] **9:**4
**53:**13,18
**top** [1] **49:**21
**total** [2] **7:**20
**17:**15
**tough** [1] **27:**20
**towards** [2] **12:**23
**17:**19
**traffic** [1] **44:**25

**transcriber** [1]
**55:**24
**transcript** [2]
**1:**12 **55:**25
**transcription** [1]
**2:**22
**transfer** [2]
**20:**17,18
**transported** [1]
**21:**22
**travel** [9] **29:**23
**32:**6 **33:**5,13
**45:**7,13 **46:**13
**47:**22 **50:**2
**traveled** [1]
**17:**22
**travel's** [1] **48:**7
**treated** [2]
**22:**14,15
**treatment** [2]
**18:**17 **43:**21
**trial** [3] **10:**11
**16:**3 **17:**2
**tried** [2] **22:**8,9
**trouble** [2]
**32:**2,4
**trust** [2] **54:**7,12
**try** [1] **21:**6
**trying** [2] **32:**3
**53:**12
**turn** [4] **14:**23
**15:**18 **53:**21
**54:**25
**turning** [1] **13:**14
**twenty-seven** [1]
**7:**11
**two** [12] **6:**5 **7:**24
**11:**16 **15:**6
**18:**14 **19:**2 **21:**2
**31:**11,21 **34:**1
**42:**1 **46:**25
**types** [1] **22:**21
**typically** [1]
**41:**10

**U**
**um-hmm** [16] **5:**20
**6:**7,9,9
**7:**2,5,17 **8:**9

11:13 **26**:17 **35**:22 **36**:23 **39**:10 **42**:8 **55**:7,9
**unable** [3] **10**:2 **15**:25 **26**:19
**unblemished** [1] **18**:16
**under** [6] **7**:20 **9**:7 **14**:11 **25**:11 **40**:25 **43**:16
**undergo** [1] **43**:21
**understand** [11] **5**:15 **28**:22 **35**:2 **37**:16,20,20,23 **43**:11 **54**:5,14 **55**:15
**understood** [2] **32**:25 **33**:19
**unidentified** [1] **35**:7
**united** [8] **1**:1,3,14 **4**:2 **5**:8 **16**:14 **26**:4 **33**:5
**unless** [5] **29**:24 **32**:10 **43**:20 **47**:10 **53**:25
**unsecured** [2] **30**:6,17
**until** [8] **13**:13 **17**:2 **18**:9 **26**:6 **35**:9 **36**:6 **53**:25 **54**:7
**unwilling** [1] **15**:25
**up** [11] **5**:13 **22**:8 **26**:19 **27**:19 **35**:5 **41**:1 **43**:15 **46**:11 **49**:18,19 **53**:14
**upon** [1] **44**:13
**upsets** [1] **37**:18
**upstairs** [1] **34**:25
**us** [3] **14**:5 **20**:5 **26**:14
**use** [11] **8**:12,16 **11**:25 **12**:5

13:17 **15**:14 **30**:15 **31**:6 **34**:2 **43**:18 **45**:11
**used** [14] **7**:21,25 **8**:4,14,20,22 **9**:1,23 **15**:8 **26**:2 **31**:4 **34**:1,2 **45**:9
**uses** [1] **28**:14
**using** [1] **31**:1
**usually** [1] **52**:20
**utilized** [1] **20**:18

**V**

**value** [3] **11**:21 **12**:11,17
**valued** [1] **11**:3
**vanish** [1] **23**:11
**various** [1] **47**:7
**vehicles** [1] **52**:18
**very** [5] **15**:12 **20**:14 **35**:19,21 **49**:21
**via** [2] **8**:6 **12**:3
**vice** [1] **2**:6
**victims** [9] **7**:8,8,18,19 **9**:6 **10**:18 **14**:13 **27**:23,24
**view** [1] **23**:2
**violence** [1] **29**:9
**violent** [1] **31**:9
**virtual** [1] **45**:10
**visit** [2] **48**:9 **51**:21
**voluntarily** [2] **16**:16 **19**:23

**W**

**wait** [1] **22**:7
**waiting** [4] **40**:11,12 **41**:1 **55**:13
**want** [10] **5**:24 **21**:20 **32**:21 **34**:1,24 **36**:22

37:5 **42**:13,20 **48**:11
**wanted** [6] **4**:3 **5**:25 **15**:15 **23**:25 **24**:6 **43**:2
**wants** [4] **32**:23 **34**:20 **36**:20 **38**:15
**warning** [2] **5**:10,14
**warrant** [3] **13**:18,21 **21**:19
**warranted** [1] **37**:15
**warrants** [1] **13**:9
**was** [43] **4**:14 **6**:24 **7**:21,24,25 **8**:3,8,12,15,20, 22 **14**:9,25 **15**:1,3,4,18,19, 20 **16**:9 **19**:18,20 **21**:25,25 **24**:5,9 **25**:10,12 **27**:5,5 **28**:23 **30**:9 **31**:1,21 **36**:17 **38**:4,14 **40**:10 **41**:14 **42**:10 **44**:1 **47**:14 **52**:12
**way** [5] **12**:9 **17**:20 **19**:14 **22**:14 **54**:1
**ways** [1] **15**:6
**we** [58] **5**:12,13,13,14,2 2 **6**:17 **9**:11,12,19 **10**:11 **11**:5 **13**:17 **14**:5,21 **15**:11 **16**:2 **17**:17,23 **18**:1 **21**:19,19 **22**:7,8 **25**:25 **26**:7,18,19 **30**:6 **31**:5,12 **35**:2,4,8,8 **37**:5,7,10,14,17 ,24 **39**:13,19,21

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

**40:**20,23 **41:**10
**42:**18 **44:**3
**45:**18 **46:**6
**50:**7,14
**51:**4,17,18
**52:**11 **54:**1,17
**weber** [87] **1:**18
  **5:**1,3,5,8,12,21
  ,25
  **6:**5,11,13,19,24
  **7:**3,6,11,13,16,
  18 **8:**10 **11:**14
  **25:**3
  **26:**5,7,10,18,24
  **27:**2,4,9,14,16,
  18
  **28:**7,9,12,16,18
  ,20,22 **29:**1,5
  **34:**20,23
  **35:**2,15,19,21,2
  3 **36:**2,4
  **37:**9,23 **39:**7
  **40:**8,14,16,23
  **41:**4,8,16,21,25
  **42:**5
  **46:**15,20,23
  **47:**3,8,11,13
  **48:**11
  **49:**10,19,21,24
  **50:**1,5 **51:**16,18
  **53:**24
  **54:**3,5,14,16
  **55:**15,20
**we'd** [1] **27:**8
**week** [1] **44:**17
**weeks** [1] **21:**4
**weigh** [1] **19:**11
**weighs** [1] **19:**14
**weight** [3] **9:**7
  **10:**5 **23:**4
**well** [15] **4:**17
  **10:**4 **11:**14
  **13:**11,17 **15:**12
  **18:**5 **34:**20
  **38:**24 **41:**10
  **47:**1,3 **48:**6
  **52:**2 **55:**8
**wells** [1] **1:**13

**went** [3] **13:**22
  **20:**2 **43:**4
**were** [22] **5:**9,13
  **6:**3,22 **7:**9,18
  **9:**15,16,18
  **13:**17,23
  **14:**12,14,16,18
  **15:**23 **26:**19
  **35:**4,6,8 **37:**10
  **53:**3
**we're** [10] **6:**1,25
  **14:**4 **20:**3
  **35:**5,16 **37:**3
  **40:**5,11 **51:**9
**west** [1] **49:**3
**Westfield** [9]
  **45:**3 **46:**18
  **47:**15,19
  **48:**8,12,15
  **49:**15 **51:**20
**Westfield's** [1]
  **46:**7
**we've** [5] **18:**4
  **21:**7,8 **22:**18
  **45:**11
**what** [43] **10:**3
  **12:**2 **13:**15
  **15:**15 **16:**7,9,25
  **17:**3 **19:**19
  **20:**4,7,14,21
  **21:**14,25
  **23:**9,18 **24:**15
  **25:**15 **26:**9 **28:**5
  **31:**24 **32:**22
  **35:**8,13 **36:**9,12
  **37:**11,14 **38:**2,7
  **40:**5 **41:**14
  **42:**10 **48:**16,18
  **49:**5,10 **51:**15
  **52:**24 **53:**11,22
  **54:**1
**whatever** [1]
  **53:**20
**what's** [6] **11:**8
  **36:**15 **45:**12
  **48:**12,15 **49:**10
**when** [12] **5:**10,13
  **10:**1,2 **13:**14,24

  **15:**20 **21:**1,2,3
  **25:**3 **54:**25
**where** [23] **7:**19
  **9:**13 **15:**11,11
  **25:**25 **29:**19
  **31:**6 **32:**20
  **35:**25 **36:**13,17
  **37:**10 **40:**20
  **43:**4
  **48:**11,13,22,25
  **49:**17,25
  **51:**23,24 **52:**23
**whereabouts** [2]
  **31:**15 **51:**10
**whether** [5] **23:**9
  **25:**23 **32:**21
  **36:**7 **53:**12
**which** [13] **5:**24
  **8:**1,23 **10:**6,17
  **11:**11,19 **12:**8
  **15:**15,24 **19:**9
  **30:**17 **36:**8
**while** [4] **21:**21
  **26:**3 **37:**21
  **43:**19
**who** [17] **14:**13
  **15:**19 **19:**15
  **20:**13 **21:**10
  **22:**10,13,23
  **24:**21,22,23,23
  **26:**23 **29:**16
  **32:**22 **37:**12
  **39:**23
**whoa** [1] **52:**2
**whole** [1] **34:**14
**whom** [1] **27:**15
**who's** [4] **22:**12
  **26:**25 **29:**12
  **36:**18
**whose** [1] **42:**4
**why** [10] **6:**15
  **14:**3,21 **20:**2
  **28:**1 **42:**1 **44:**3
  **46:**24 **47:**1 **52:**2
**wife** [7] **16:**17
  **17:**22 **18:**3,14
  **19:**2 **20:**13
  **24:**10
**wife's** [1] **21:**23

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com

**will** [24] **5:**14,17
  **11:**24 **18:**8
  **21:**19 **23:**24
  **24:**14 **28:**2 **31:**3
  **33:**21
  **39:**19,21,22
  **40:**1,4 **42:**11,18
  **43:**6,7 **46:**3
  **53:**8,10
  **54:**23,23
**willingness** [1]
  **14:**20
**wire** [4] **7:**7
  **17:**12 **18:**21
  **22:**23
**with** [63] **5:**14
  **7:**6,13 **9:**15
  **10:**5 **11:**16
  **12:**4,12,19,25
  **13:**7
  **15:**11,17,19,22,
  25 **18:**3,20,21
  **20:**5,24 **21:**2,21
  **22:**4,14,22
  **24:**11,15,24
  **25:**13 **26:**18,19
  **27:**23,23 **28:**9
  **29:**3,11 **30:**3,22
  **31:**13
  **32:**1,6,11,15
  **34:**5 **35:**16,24
  **36:**15 **39:**19
  **44:**19,24
  **45:**7,10,15,23
  **46:**10 **51:**4,13
  **52:**16 **53:**8,8,20
  **54:**9
**withdrawals** [3]
  **41:**7,19 **45:**24

**without** [5] **8:**16
  **20:**17 **35:**20
  **45:**15 **52:**3
**witness** [1] **23:**21
**witnesses** [2]
  **30:**3 **44:**20
**won't** [3] **16:**9
  **54:**24,24
**work** [4] **26:**3
  **31:**22 **34:**2
  **50:**21
**worked** [2] **13:**16
  **30:**2
**works** [2] **50:**20
  **51:**1
**worth** [3] **11:**20
  **12:**4 **26:**13
**would** [37] **6:**21
  **7:**22 **8:**4 **9:**10
  **10:**19 **14:**22
  **15:**25 **16:**22
  **17:**5 **19:**6 **23:**22
  **24:**1,11
  **25:**3,10,14 **27:**6
  **28:**5,24
  **29:**19,19
  **31:**12,15,22,22
  **32:**2,9 **34:**8
  **36:**14,15,18,24
  **38:**10 **39:**9
  **47:**16 **48:**17
  **49:**3
**write** [5]
  **35:**5,19,21
  **40:**17 **42:**20
**writing** [1] **35:**18
**written** [3]
  **9:**10,13 **43:**25
**wrote** [3]
  **35:**13,15 **39:**12

**Y**
**yeah** [6] **4:**5 **7:**12
  **33:**21 **42:**20,22
  **50:**21
**year** [6] **11:**1
  **12:**25 **13:**25
  **19:**17,25 **21:**1
**years** [5]
  **10:**13,13,22
  **18:**11 **19:**2
**yes** [25] **4:**22
  **5:**7,11 **6:**8,9
  **34:**22 **35:**11,23
  **36:**2,11 **37:**9
  **39:**7,14
  **40:**7,8,22 **41:**21
  **43:**5 **44:**10
  **46:**22 **47:**25
  **48:**1,3 **53:**24
  **55:**5
**yesterday** [1] **5:**9
**yet** [1] **33:**9
**york** [3] **45:**15
  **49:**4,6
**you'll** [1] **16:**6
**younger** [1] **19:**5
**you're** [17] **9:**25
  **11:**12 **24:**4
  **27:**13 **30:**20
  **32:**4 **34:**10
  **37:**20
  **40:**5,12,22
  **43:**10 **45:**11
  **47:**23 **48:**2
  **51:**24 **52:**8
**you've** [3] **6:**25
  **40:**20 **52:**12

O'CONNOR LEGAL, MEDICAL & MEDIA SERVICES INC.
(912) 567-3889
www.oconnorlmms.com